BP-A0288
JAN 17
**U.S. DEPARTMENT OF JUSTICE**

**INCIDENT REPORT**

**FEDERAL BUREAU OF PRISONS**

## Part I - Incident Report

| | | | |
|---|---|---|---|
| 1. Institution: FCC Lompoc-FCI (Low) | | Incident Report Number: 3084272 | |
| 2. Inmate's Name: Steffey, Billy | 3. Register Number: 68463-097 | 4. Date of Incident: 01/31/2018 | 5. Time: 08:10 am |
| 6. Place of Incident: FCC Lompoc-FCI | 7. Assignment: Unassogned Segregation | | 8. Unit: Z - Unit |
| 9. Incident: Introduction or making of any narcotics, marijuana, drugs or related paraphernalia not prescribed for the individual by medical staff | | 10. Prohibited Act Code(s): 111 | |

11. Description of Incident (Date: 01/31/2018  Time: 08:10 a.m. Staff became aware of incident):

On January 31, 2018, SIS received SIS Case LOF-17-0034, signed by the Warden indicating on January 30, 2018, a SIS investigation was completed. During the course of this investigation it was concluded inmate Steffey, Billy, Reg. No. 68463-097, was involved in the introduction and sale of designer drugs at FCC Lompoc-FCI (Low). On December 5, 2017, Mail Room staff received an incoming envelope from Law Offices of Leslie R. Ramos, 901 H St., Sacramento, CA 95814, with tracking number 70171450000084946239, addressed to inmate ▊▊▊▊, Reg. No. ▊▊▊▊. The envelope had a suspicious amount of markings on it, and upon inspection, there were ten (10) unusually thick pieces of paper inside. Utilizing a light box, stains and discoloration could be seen on the papers. The paper was tested with the NIK Narcotics Identification System test kits A and U, with a positive test for Amphetamines. A review of the TRUVIEW system 1 Degree of Separation of ▊▊▊▊ reveals, a money link with inmate Steffey, Billy, Reg. No. 68463-097. A review of TRULINKS messages for Steffey revealed, on November 23, 2017, at 11:51 am, Steffey sent an outgoing email to Lisa Rassmussen E S Q inmateresourcses@protonmail.com. In the email Steffey states, "Just this time, draft my motion exactly the same and serve on the same guy." On November 25, 2017, at 05:42 pm, an outgoing email from Steffey to Lisa Rassmussen E S Q inmateresoursces@protonmail.com, Steffey states, "Please resend that eviction again to the exact same tenant as you did last time. Go heavy!" On December 5, 2017, at 08:42 am, outgoing email from Steffey to Lisa Rassmussen E S Q inmateresoursces@protonmail.com, Steffey states, "Please take care of what I paid you to do and serve the guy" On December 5, 2017, at 01:06 pm, incoming email from inmateresoursces@protonmail.com, to Steffey, email states, "I reached out. 70171450000084946239"(tracking number of incoming envelope). On December 5, 2017, at 01:16 pm, an outgoing email from Steffey, to Lisa Rassmussen E S Q inmateresoursces@protonmail.com, Steffey states, "Thank you Lisa". On December 5, 2017, at 05:06 pm, incoming email from inmateresoursces@protonmail.com, to Steffey email states, "Did the documents get served have u heard from the tenant." On December 5, 2017, at 05:45 pm, an outgoing email from Steffey, to Lisa Rassmussen E S Q inmateresoursces@protonmail.com, Steffey states, "No. Should they of? The property manager said he hasn't mentioned anything. When you look at the email, does it show he got the email already? What day?" Through the multiple Email communications, it reveals, Steffey facilitated and arranged with an outside person, to have narcotic soaked papers to be sent to another inmate housed at FCC Lompoc-FCI (Low). Communications also reveal Steffey was aware of the package being sent and had been anticipating its arrival. Steffey received confirmation of it with the tracking number that matched with the package that was sent to inmate ▊▊▊▊.

| | | |
|---|---|---|
| 12. Typed Name/Signature of Reporting Employee: S. Aguilar / [signature] | | 13. Date And Time: 01/31/18 – 10:00 am |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): [signature] | 15. Date Incident Report Delivered: 1-31-2018 | 16. Time Incident Report Delivered: 1940 |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:
"I have no comment due to possible charges being brought on by outside law enforcement agencies."

18. A. It is the finding of the committee that you:
___ Committed the Prohibited Act as charged.
___ Did not Commit a Prohibited Act.
___ Committed Prohibited Act Code(s). _____

B. ✓ The Committee is referring the Charge(s) to the DHO for further Hearing.
C. ✓ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:
See next page

| PART III - INVESTIGATION | 22. DATE AND TIME INVESTIGATION BEGAN |
|---|---|
| | 01-30-2018 / 1940 |

**23. INMATE IS ADVISED OF RIGHT TO REMAIN SILENT:** YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE INSTITUTIONAL DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

THE INMATE WAS ADVISED OF THE ABOVE RIGHT BY **G. Corn, Lt**     (DATE/TIME) **01-30-2018 / 1940**

**24. INMATE STATEMENT AND ATTITUDE**

Inmate STEFFEY, Billy #68463-097 was read his rights from paragraph #23, when asked if he understood his rights, he acknowledged his rights by stating "**Yes**". Inmate STEFFEY received a copy of this incident report. When asked if he wanted to make a statement, Inmate STEFFEY stated "I have no comment, due to possible charges being brought on by outside law enforcement agency."

Inmate displayed a **GOOD** attitude.

**25. OTHER FACTS ABOUT THE INCIDENT (STATEMENTS OF THOSE PERSONS PRESENT AT SCENE, DISPOSITION OF EVIDENCE, ETC.)**

All facts concerning this incident are contained in the body (section #11) of this incident report, in which the reporting official states when the investigation was concluded that inmate **STEFFEY** was involved in the introduction and sale of designer drugs at FCC Lompoc (Low). Through multiple Emails from **STEFFEY** to Lisa Rassmussen, it reveals **STEFFEY** facilitated and arranged with outside person to have narcotics soaked papers coming from a Law Offices of Leslie R. Ramos to be sent to another inmate housed at FCC Lompoc (LOW). Narcotic Identification System tests kits A and U, were positive test for Amphetamines.

Inmate requested no witness.
Inmate did not request a Staff Representative

**26. INVESTIGATOR'S COMMENTS AND CONCLUSIONS**

Based on Section 11 of this incident report, in which the reporting official states the chain of events as they observed them, and the inmate's Investigative report, Evidence report photo sheets, Staff memo along with TRULINCS e-mails there is sufficient evidence to support the charges.

**27. ACTION TAKEN**

Inmate STEFFEY will remain in the Special Housing Unit pending UDC by his Unit Team

DATE AND TIME INVESTIGATION COMPLETED: 01-30-2018 / 2145

PRINTED NAME AND SIGNATURE OF INVESTIGATOR: **G. Corn**
                                                                                PRINTED NAME

_____                          **Lieutenant**
        SIGNATURE                                              TITLE

## Part II - Committee Action

**17. Comments Of Inmate To Committee Regarding Above Incident**

| | |
|---|---|
| 18. A. It Is The Finding Of The Committee That You:<br>___ Committed the Prohibited Act as charged.<br>___ Did Not Commit A Prohibited Act.<br>___ Committed Prohibited Act Code(s): _____ | B. ✓ The Committee Is Referring The Charge(s) To The DHO For Further Hearing<br><br>C. ✓ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 20 Calendar Days. |

**19. Committee Decision Is Based On The Following Information**

Based on the evidence from the investigation by staff on the introduction of Narcotics by inmate Steffey.

**20. Committee Action And/or Recommendation If Referred To DHO (Contingent Upon DHO Finding Inmate Committed Prohibited Act)**

41 Days loss GCT
60 days DS
1 year loss Trulincs
1 year loss phones
Disciplinary Transfer

**21. Date And Time Of Action** 2/5/18 / 1341   (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

J. Webb / [signature]
Chairman (Typed Name/Signature)          Member (Typed Name)          Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation