BP-A0294   **Notice of Discipline Hearing Before the (DHO)** CDFRM
AUG 11
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

FCC LOMPOC
_____
Institution
02/05/2018
_____
Date

TO: STEFFEY, BILLY                           REG. NO.: 68463-097

ALLEGED VIOLATION(S): INTRODUCTION OR MAKING OF ANY NARCOTICS, MARIJUANA, DRUGS OR RELATED PARAPHERNALIA NOT PRESCRIBED FOR THE INDIVIDUAL BY MEDICAL STAFF

DATE OF OFFENSE: 01/31/2018                  CODE NO.: 111

You are being referred to the DHO for the above charge(s).

The hearing will be held on: _____ at _____ (A.M./P.M.) at the following location:
DHO DISCRETION

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) ____  (do not) ✓  wish to have a staff representative.

If so, the staff representative's name is: _____

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do) ____  (do not) ✓  wish to have witnesses.

| NAME: | CAN TESTIFY TO: |
|---|---|
|   |   |

| NAME: | CAN TESTIFY TO: |
|---|---|
|   |   |

| NAME: | CAN TESTIFY TO: |
|---|---|
|   |   |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

DATE: 02/05/2018    SIGNATURE: [signature]

Notice of hearing before DHO given inmate  2-5-18 / 1:34    by  J. WEBSTER / [signature]
                                            Date/Time              Staff Printed Name/Signature

*(This form may be replicated via WP)*                          Replaces BP-294(52) of JAN 88

PDF                                 Prescribed by P5270