

# **Step 1:** Classify the Material to be Tested

- Solid materials  (tablets)
- Capsules
- Powders/Crystals/Granules/ Flakes
- Plant material (Cannabis/Hallucinogens)
- Liquids
- Gels  (Caps or Cubes)





SAFARILAND.

1005991 rev - 0517

35



# Testing Liquids

- NIK tests are designed to test dosage sample of unknown substances. Dosage samples are generally powder, crystals, pills or capsules. When liquid samples are encountered do not introduce them directly into any test pouch (except Test O for GHB). All other tests require the liquid sample to be dried before testing.

- To sample a liquid:
    - Thoroughly wet the tip of the Loading Device or wet a ½"x½" piece of paper with the liquid
    - Allow it to air dry
    - Then insert into the proper test kit and remove the perforated tip

- The paper should be unscented and uncolored; do not use brown hand towels or newsprint

- It is not recommended to use cotton swabs as the cotton may react with some of the chemicals and cause a erroneous color reaction

SAFARILAND.

 nik®

1005991 rev - 0517

**45**

Exhibit A
Page 2 of 5



# Test U for Methamphetamine and MDMA (Ecstasy)

- Test U contains 3 ampoules

  - 1st ampoule – No color change
  - 2nd ampoule – No color change
  - 3rd ampoule – Dark Blue ■

- Test U is used for both Methamphetamine and MDMA (Ecstasy). To determine difference, you must use Test A.



**SAFARILAND**



Exhibit A
Page 3 of 5



# Test U for Methamphetamine and MDMA (Ecstasy)

- The first two ampoules do not give a color reaction, but merely put the sample in the proper chemical order to produce a color reaction with the third ampoule.

- This test does not differentiate between MDMA and Methamphetamine. Test A must be used to provide that clarification. Test U tests for the presence of a chemical group called secondary amines. Both of these drugs fall into this chemical group. You may encounter other chemicals that are also in this group in the field. Test A is the only way to provide a better screening for the presence or non-presence of illicit drugs.

SAFARILAND

 **nik**®

1005991 rev - 0517

60



# Test U for Methamphetamine and MDMA (Ecstasy)



- It should also be noted that Test U will turn a burgundy color all by itself when the ampoules are broken with substance placed in the pouch. This is the nature of the chemicals.

- The logic to be used here is that Test A (if it shifts from Orange to Brown) tells us that the substance is presumptively an Amphetamine-type compound. Test U then tells us if there is an indication of Amphetamine (burgundy) or Methamphetamine (dark blue) present. By not turning dark blue and staying burgundy, this is considered a negative reaction for the presence of Methamphetamine and therefore, by default, it indicates Amphetamine.

**SAFARILAND**



1005991 rev - 0517

61

Exhibit A
Page 5 of 5