1004926 - REV1109



# SYSTEM OF NARCOTICS IDENTIFICATION

## INSTRUCTIONS FOR USE

## TEST U

### FOR:  Methamphetamine or Ecstasy

**Test Function**
1. This reagent system presumptively identifies methamphetamine or MDMA (Ecstasy).

**How to Use Test U**
1. Remove clip and insert into the test pouch an amount of powdered suspect material that fits inside this circle. ⬭ Reseal the pouch with clip and tap or agitate gently to assure material falls to the bottom of the pouch.
2. Break the ampoules, beginning from left to right by squeezing the center of the ampoules with the tips of the thumb and forefinger.
3. Agitate each ampoule for about 30 seconds before proceeding to the next ampoule.

**Interpretation of Resulting Colors**
1. An immediate dark blue color indicates the presumed presence of methamphetamine or MDMA (Ecstasy).
2. If any other color develops, proceed to Test A and continue Polytesting as instructed in the Polytesting procedures.

---

### CAUTION

A. Since these tests contain strong acid or base. it is suggested that Test F - Acid Neutralizer be used after testing and before disposal.
B. Before discarding used test pouches, remove the clip and add one measure of acid neutralizer from Test F.
C. Add slowly to prevent bubbling over.
D. Do not reseal the test pouch until effervescence has completely stopped.
E. Reseal the test pouch with the clip and discard in a tamper-free disposal unit.
F. No attempt should be made to crush the glass particles after the ampoules have been broken.
G. **Antidote:** In case of contact, immediately flush eyes or skin with water for at least 15 minutes while removing contaminated clothing and shoes. Call a physician. If swallowed, do not give emetics. Contact a physician.

---

### WARNING
These tests are NOT designed for use with liquid samples.

---



**13386 International Parkway**
**Jacksonville, Florida 32218**
**904.485.1836 FAX: 904.741.5407**



# IDENTIDRUG™ CHART
for use with the NIK® Polytesting System

**IMPORTANT:** Follow the Polytesting flow chart. Do not jump from sequence to sequence; i.e. follow the arrows from one test to another, noting the results.

Within Test A, Cocaine at times will present itself as a buff or light peach color as well as no color.

gradual change over 1-3 minutes

Oxycodone

AMT  MDA  DET DMT  Psilocybin  STP

Methedrine  Mescaline  Benactyzine

Demerol  MMDA[1]  Amphetamine[2]  MDMA

Methamphetamine

LSD

**L OR K**

May Vary 1
While Test L is labeled as a test for Brown Heroin, this test works well for all forms of Heroin.

Heroin  Heroin  Morphine  Codeine

Cocaine[3]

PMA  Barbiturates

Ketamine

PCP

Methadone  Stop

NOTE: Higher grades of PCP may result in an intense blue color which may obscure the pink color shown on the test packet. Lower grades result in blue flecks in a pink solution.

Rohypnol, Valium®

GHB

= Color shift change

NC = No color

- - - = Color change

[1]The total process of the Orange changing to Green may take as long as 15 to 20 minutes.

[2]Only after Test A goes from orange to brown AND Test U turns can you presumptively identify the substance of an amphetamine-type compound. Red in Test U alone does NOT indicate amphetamine-type compounds.

[3]Following breakage of the left ampoule, a flash blue will be observed when the middle ampoule is broken. This is a standard colorimetric reaction between the chemistry in the two ampoules. It is most noted when cocaine base is being profiled. The flash-blue is insignificant and should be ignored. The flash-blue alone does NOT indicate the presence of cocaine.

## IMPORTANT
The tests to the right are not included in the Polytesting system. If positive results are not obtained when using any of these tests, proceed to Test A and begin the Polytesting process, as you may still be in possession of a controlled substance.

This latest revision in no way reflects upon or affects the accuracy of previous Polytesting charts.

PART# 190-601 REV 0907

© Copyright 2007 BAE Systems

## MARIJUANA, HASHISH & THC
**E**
NOTE: The last ampoule contains a chemical which evaporates rapidly and has a tendency to expand the pouch. Should this occur, open pouch and release swelling. Reseal the pouch and proceed with testing.

Marijuana, Hashish & THC

## METHAQUALONE
**M**
NOTE: If a flash blue or solid blue color develops, stop testing. A blue color is an indicative of many controlled substances. Proceed to Test A and begin Polytesting. Methadone and PCP (Phencyclidine) are potential false positives in this test. For the detection or elimination of these substances, use Test H for Methadone and Test J for PCP.

## TALWIN & PENTAZOCINE
**N**
A slowly developing purple color with the first ampoule, followed by an immediate yellow or brown color with the second ampoule presumptively identifies TALWIN, TALWIN Nx and Pentazocine HCL.

## PROPOXYPHENE (DARVON®)
**P**
A blue color developing with the second ampoule and remaining after breaking the third presumptively identifies Propoxyphene. If a blue color does not develop after breaking the second ampoule, stop the test and proceed to Test A for Polytesting. Methadone is a false positive in this test.

DARVON® is a registered trademark of Eli Lily Co.

## EPHEDRINE
**Q**
A purple/violet color developing after breaking the second ampoule presumptively identified Ephedrine.

NOTE: The third ampoule is not part of the Q test, but is utilized in neutralizing the reagent materials, which are highly caustic.

**nik®**
**PUBLIC SAFETY, INC.**

13386 International Parkway
Jacksonville, FL 32218
Tel: (800) 852-0300 or
(904) 485-1836

www.armorforensics.com

Exhibit B
Page 2 of 3

## Introduction to the NIK Polytesting System

The NIK® System of Narcotics Identification is based upon a polytesting procedure whereby a suspect material is subjected to a series of progressively discriminating screening tests. The results of individual tests may or may not yield a valid result. However, the sequential results of several tests provide a high degree of certainty that the suspect material is in fact what the NIK® Polytesting System indicates it to be.

Ongoing experiments are conducted with hundreds of licit and illicit chemical compounds in an effort to eliminate false positive results. However, no chemical reagent system for field use exists that is capable of eliminating occasional invalid test results. A complete forensic laboratory would be required to qualitatively identify an unknown suspect substance. In the absence of such a laboratory, utilizing the NIK® Polytesting System is your best assurance that the presumptive results of a positive identification are what they appear to be.

Always begin Polytesting with Test A and continue from test to test until a positive or negative result is obtained. Tests E, L, M, N, P, Q and R are exceptions to this rule and are designed as standalone tests.

**EXAMPLE:** Beginning with Test A, a suspect material sequences from orange to brown within 10 to 12 seconds. Following the Polytesting Chart, Test U comes next in sequence. A blue result in Test U confirms the presence of Methamphetamine. A reddish-pink or negative result in Test U indicates an Amphetamine-type compound. Only by following the proper sequence of tests from A to U is a positive result obtained.

## General Polytesting Procedures

Before testing can begin, it is important to classify the material using one of the classifications below:

**Tablets or other hard materials** - Crush a part of the tablet into powder and insert into the test pouch.

**Capsules** - Open the capsule, remove part of the powder and insert into the test pouch.

**Powders** - Insert powder directly into the test pouch

**Plant material** - Begin testing with Test E. Use only a few leaf fragments.

**Suspected Brown or Black Tar Heroin** - Begin testing with Test L.

**Liquid samples** - NIK® tests are NOT designed for use with liquid samples. However, liquids may be tested by placing the tip of an NIK® SUBSTANCE LOADING DEVICE or a 1cm square (roughly 1/2" square) piece of paper into the liquid. Remove and allow to air dry. Place the dry paper into the test pack and proceed with the test as instructed. The choice of paper is critical. Unscented, uncolored filter paper is ideal. NEVER use brown paper, hand towels or newsprint.

## Determining the amount of suspect material to use

The amount of suspect material needed to make a successful test varies with the amount and purity of the material. With the exception of plant material, gelatin squares, etc., you should begin by using the loading device to collect an amount of powdered suspect material that would fit inside this circle: ◯ If the resulting colors are too weak, use more material; if too intense, use less.

## Safety Precautions

Many of the tests in the NIK® Polytesting System contain strong acid(s) or bases. Always insert a portion of Pack F (Acid Neutralizer) into the test pack after testing and before disposal of the used test pack. Once an ampoule has been broken, no attempt should be made to further crush the glass or tablet remnants.

In the event that a test pack or chemical is ingested, seek immediate medical attention. If chemicals come into contact with the skin or eyes, wash the skin thoroughly with soap and water. Flush eyes with water and seek immediate medical attention. Call (800) 424-9300 or (202) 483-7616 to obtain additional safety information.

Store NIK® tests in a cool, dark area. Heat will speed up the action of the chemicals in each test, and extreme cold will slow them down. Appropriate care should be exercised. Do NOT store in direct sunlight. Technical Assistance is available during business hours at: (800) 852-0300 or (904) 485-1836

## Breaking the Chemical Ampoules

Care should be taken when breaking the glass ampoules in each test. Each test includes a plastic "harness" that serves to hold the ampoules in place and protect the user from injury. Press firmly in the center of the harness to break each ampoule. Once the glass has broken, do NOT continue to crush the glass ampoules, as a shard may puncture the pouch and result in injury.



## Interpretation of Test Results

For any test, there are three important factors you should look for:

1. The color or lack of color
2. The color change
3. The location of colors in the test pouch



To view the colors correctly, hold the test pack roughly 2 to 3 cm away from a white background. Light must filter through the test pouch to review the desired color results. Viewing test results under non-white light or over a colored surface may result in an incorrect determination of the resulting color. Color results may not match the color on the pouch exactly, but should be viewed as a color family. Blue is always blue, regardless of whether it is dark or light.

Exhibit B

Page 3 of 3