UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 8 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BILLY STEFFEY, | No. 20-35493 |
| Petitioner-Appellant, | D.C. No. 3:19-cv-00093-JR<br>District of Oregon,<br>Portland |
| v. | |
| J. SALAZAR, Warden, | ORDER |
| Respondent-Appellee. | |

Appellant's unopposed motion for voluntary dismissal of this appeal (Docket Entry No. 16) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Megan Howard
Deputy Clerk
Ninth Circuit Rule 27-7