FILED 26 JAN '26 10:25 USDC-ORP

**Billy F. Steffey**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 955-6332
E-mail: bsteffey@mac.com
Petitioner, pro se

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**BILLY F. STEFFEY,**
Petitioner,

v.

**WARDEN J. SALAZAR,**
Respondent.

Case No.: 3:19-cv-00093-JR

# PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(3), 60(b)(6), AND 60(d)(3) BASED ON FRAUD ON THE COURT

## MOTION

Petitioner Billy F. Steffey respectfully moves the Court for relief from the judgment entered on May 18, 2020, pursuant to Fed. R. Civ. P. 60(b)(3), 60(b)(6), and 60(d)(3). This motion is based on newly obtained Bureau of Prisons (BOP) records that were suppressed during the 2020 proceedings and that demonstrate material misrepresentations and fraud on the Court. Petitioner requests that the Court vacate the judgment and grant such further relief as is just, including restoration of Petitioner's good conduct time.

## MEMORANDUM OF LAW
## I. REQUEST FOR ASSIGNMENT TO MAGISTRATE JUDGE JOLIE A. RUSSO

Petitioner respectfully requests that this motion be assigned to Magistrate Judge Jolie A. Russo. Judge Russo issued the Findings and Recommendation (ECF No. 30) on February 25,

2020. Because this motion presents evidence that Respondent misled the Court regarding the drug-testing data and the neutrality of the disciplinary tribunal, Judge Russo's institutional familiarity with the record will assist in resolving the issues presented.

## II. INTRODUCTION

Petitioner moves to vacate the judgment entered on May 18, 2020. Relief is warranted under Rule 60(b)(3) for misrepresentation, Rule 60(b)(6) for extraordinary circumstances, and Rule 60(d)(3) to prevent a fraud on the Court. Newly obtained internal BOP records - actively withheld during the 2020 proceedings - demonstrate a deliberate scheme to report scientifically negative baseline results as positive and to corrupt the neutral fact-finding process through a "One Team" mandate. This fraud continues to cause Petitioner harm, including loss of employment after a coworker discovered the fraudulent record online.

## III. STATEMENT OF FRAUD AND DECEIT

### A. Knowing Misrepresentation of Baseline Chemistry as "Positive"

In 2020, Respondent relied on representations that a burgundy color result on NIK Test U "indicated amphetamines." This was a calculated falsehood designed to manufacture "some evidence."

• **The Scientific Reality:** Burgundy is the negative baseline color produced automatically upon activation of the chemical reagents, even when no substance is present.

• **Manufacturer Confirmation:** Safariland, LLC has stated in related litigation that only blue indicates a positive result for NIK Test U.

• **The BOP Mandate:** The Jennings Directive (Jan. 18, 2017) instructed staff to interpret the burgundy baseline as positive for drugs.

• **Jurisdictional Inconsistency:** In other jurisdictions, the BOP has treated a blue reaction on Test U as the indicator of a positive result, reflecting a pattern of inconsistent representations.

### B. Corruption of Impartial Tribunals: The "One Team" Directive

Under Wolff v. McDonnell, Petitioner was entitled to an impartial adjudicator. Internal "One Team" emails from Regional Agent R. John Lynn show that BOP staff were directed to coordinate with the Discipline Hearing Officer (DHO) to ensure disciplinary outcomes.

• **Mandated Coordination:** Staff were directed to "communicate with your DHO" and to "use your tools and resources to ensure success."

• **Rigged Tribunal:** The communications emphasized that staff were "all on one team" and urged staff to avoid letting inmates "beat us based on technicalities," undermining tribunal neutrality.

### C. Constructive Denial of Access

The BOP also constructively denied access by resisting release of Safariland/BOP flowcharts and related materials through FOIA on the ground that they were "Law Enforcement Sensitive." That designation was used to conceal the protocol showing that burgundy is negative. Petitioner was unable to discover this fraud until 2025 because the records were actively suppressed.

### IV. TABLE OF MISREPRESENTATIONS IN 2020 PROCEEDINGS

| Finding in 2020 F&R | Representation to the Court | Newly Discovered Reality |
|---|---|---|
| Scientific Basis | NIK Test U "turned an immediate dark burgundy color," indicating amphetamines. | Internal BOP materials and manufacturer guidance indicate burgundy is a negative baseline; blue is the positive indicator for Test U. |
| DHO Impartiality | No evidence of pre-arranged sanctions or DHO bias. | Emails directed SIS staff to "communicate with your DHO" as "one team" to ensure success. |
| Adequacy of Notice | Petitioner received fair notice to prepare a defense. | BOP withheld key flowcharts and protocols showing burgundy is negative, preventing an effective defense. |

### V. CONCLUSION

The 2020 judgment was based on government-mandated deceit. To preserve the integrity of the judicial process and remedy the ongoing harm to Petitioner, the Court should vacate the judgment and reopen these proceedings.

DATED: January 21, 2026
Respectfully submitted,

Billy F. Steffey (Pro Se)

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL





PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# UNITED STATES POSTAL SERVICE ®  |  PRIORITY MAIL ®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED



PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

### UNITED STATES POSTAL SERVICE ®   Click-N-Ship®

usps.com
$10.30
US POSTAGE

9405 5301 0935 5276 3255 38 0103 0001 0009 7204

Mailed from 95834   6113484256660024

01/23/2026
1 lb 0.0 oz

U.S. POSTAGE PAID

PRIORITY MAIL ®

P

BILLY STEFFEY
229 DRAGONFLY CIR
SACRAMENTO CA 95834-2611

Created 2026-01-23
Flat Rate Envelope
RDC 03

C002

TO:
CLERK OF THE COURT
U.S. DISTRICT COURT
1000 SW 3RD AVE
PORTLAND OR 97204-2930

USPS TRACKING #

9405 5301 0935 5276 3255 38



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.