SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**MEREDITH D.M. BATEMAN, OSB #192273**
Assistant United States Attorney
Meredith.Bateman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **BILLY F. STEFFEY** | **3:19-cv-00093-SI** |
| **v.** | **NOTICE OF APPEARANCE** |
| **WARDEN J. SALAZAR,** | |
| **Respondent.** | |

Please be advised that Meredith D.M. Bateman, Assistant United States Attorney for the

District of Oregon, shall be added as co-counsel in the above-referenced case.  Please send

notices to AUSA Bateman at Meredith.Bateman@usdoj.gov.

Dated: June 24, 2026                          Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney


*/s/ Meredith D.M. Bateman*
MEREDITH D.M. BATEMAN, OSB #192273
Assistant United States Attorney

**Notice of Appearance**                                                              **Page 1**