## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**BILLY F. STEFFEY**                                           **Case No.: 3:19–cv–00093–JR**

    Petitioner,

**v.**                                                          **ORDER GRANTING APPLICATION**
                                                                **FOR CM/ECF REGISTRATION**

**J. SALAZAR**

    Respondent.

Pursuant to the request of Petitioner Billy F. Steffey, proceeding as a self–represented party in this matter, and the Court having reviewed the application and consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E),

**IT IS HEREBY ORDERED** that, pursuant to Local Rule (LR) 5–1(a), Petitioner is granted permission to become a Registered User in the Court's Case Management/Electronic Case Files (CM/ECF) system.

Petitioner is directed to use a PACER account (www.pacer.gov) to submit an e–filing registration request to the District of Oregon to complete this process. **No action can be taken by the Court on this order until this step is completed.** *See* ord.uscourts.gov/prosefiler for instructions. The above–captioned case will be updated to allow e–filing within one business day of the receipt of the e–filing registration request.

**IT IS FURTHER ORDERED** that Petitioner Billy F. Steffey is not to have filing access to any cases except those to which Petitioner Billy F. Steffey is a party.

The Court notes the continuing responsibility of Registered Users to notify the Clerk's Office of any e–mail address, mailing address, and/or telephone number changes. Pursuant to LR 83–10, a notice of a change of mailing and/or e–mail address must be filed in pleading form and served on all parties to this case, and the PACER user account must be updated.

Furthermore, the Court reminds Petitioner that all submissions are to be filed in compliance with the Federal Rules of Procedure, Local Rules, and the policies and procedures of this Court. Use of the CM/ECF system as a Registered User to file and receive notices electronically is a privilege that may be revoked at any time by the Court if the user is found to be abusing this privilege by submitting frivolous or erroneous filings.

    **DATED** this 7th day of July, 2026            /s/Michael H. Simon

                                                  Honorable Michael H. Simon
                                                 United States District Judge.