# EXHIBIT A

*Steffey v. Warden, FCI Lompoc, No. 3:19-cv-00093-JR*

Petitioner's Further Amended Rule 60(d)(3) Motion

### ECF 12-6 — Chetwood Declaration Exhibit F / NIK Testing Record

Primary docket attachment containing the Aguilar memorandum, the reported Test A/Test U wording, the evidence photographs, and the IDENTIDRUG chart page. Filed Mar. 6, 2019.



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*
*3901 Klein Blvd.*
*Lompoc, California 93436*

**December 5, 2017**

**MEMORANDUM:   S.I.S OFFICE**

**FROM: B. McDaniel, Correctional Systems Officer**

**SUBJECT: MAILROOM INCOMING MAIL DRUG FINDINGS**

On December 5, 2017, while inspecting the incoming mail for the FCI (Low), I came across an envelope from Leslie R. Ramos addressed to ▮▮▮▮ ▮▮ ▮▮▮▮ Reg. #▮▮▮▮▮ The envelope contained multiple sheets of paper which appeared to be legal forms. The paper was unusually thick and had stains and discoloration on them. I informed SIS of the paper, the paper was tested with a positive test for AMPHETAMINES.



**U.S. Department of Justice**

Federal Bureau of Prisons

---

Federal Correctional Complex-FCI (Low)
Correctional Services-SIS Office
3600 Guard Road
Lompoc, CA 93436

December 5, 2017

MEMORANDUM FOR FILE

FROM:         S. Aguilar, SIS Technician

SUBJECT:      NIK Testing

On December 5, 2017, while inspecting the incoming inmate mail for the FCI, CSO B. McDaniel came across a suspicious envelope addressed to inmate ████, ███, Reg. No. ████████. The envelope contained multiple sheets of paper which appeared to be unusually thick with stains and discoloration on them.

A small piece of paper was cut and tested with NIK testing kit "A" lot# 10279321; it had an immediate orange rapidly turning brown color, indicating Amphetamines. Another small piece of paper was cut and tested with NIK testing kit "U" lot# 10250541; it turned an immediate dark burgundy color, indicating Amphetamines. The tests indicated a positive result for Amphetamines.

# IDENTIDRUG™ CHART
for use with the NIK® Polytesting System

**IMPORTANT:** Follow the Polytesting flow chart. Do not jump from sequence to sequence; i.e. follow the arrows from one test to another, noting the results.









## General Polytesting Procedures

Always begin Polytesting with Test A and continue from test to test until a positive or negative result is obtained. Tests E, L, M, N, P, Q, R and T are exceptions to this rule and are designed as standalone tests.

Before testing can begin, it is important to classify the material using one of the classifications below:

**Tablets or other hard materials** – Crush a part of the tablet into powder and insert into the test pouch.

**Capsules** - Open the capsule, remove part of the powder and insert into the test pouch.

**Powders** - Insert powder directly into the test pouch

**Plant material** - Begin testing with Test E. Use only a few leaf fragments.

**Suspected Brown or Black Tar Heroin** - Begin testing with Test L.

**Liquid samples** - NIK® tests are NOT designed for use with liquid samples. However, liquids may be tested by placing the tip of an NIK® SUBSTANCE LOADING DEVICE or a 1cm square (roughly 1/2" square) piece of paper into the liquid. Remove and allow to air dry. Place the dry paper into the test pack and proceed with the test as instructed. The choice of paper is critical. Unscented, uncolored filter paper is ideal. NEVER use brown paper, hand towels or newsprint.

## Determining the amount of suspect material

The amount of suspect material needed to make a successful test varies with the amount and purity of the material. With the exception of plant material, gelatin squares, etc., you should begin by using the loading device to collect an amount of powdered suspect material that would fit inside this circle: ◯ If the resulting colors are too weak, use more material; if too intense, use less.

## Safety Precautions

Many of the tests in the NIK® Polytesting System contain strong acid(s) or bases. Always insert a portion of Pack F (Acid Neutralizer) into the test pack after testing and before disposal of the used test pack.

In the event that a test pack or chemical is ingested, seek immediate medical attention. If chemicals come into contact with the skin or eyes, wash the skin thoroughly with soap and water. Flush eyes with water and seek immediate medical attention.

Store NIK® tests in a cool, dark area. Heat will speed up the action of the chemicals in each test, and extreme cold will slow them down. Appropriate care should be exercised. Do NOT store in direct sunlight. Technical Assistance is available during business hours at: (800) 347-1200.

## Breaking the Chemical Ampoules

Care should be taken when breaking the glass ampoules in each test. Press firmly in the center of the harness to break each ampoule. Once the glass has broken, do NOT continue to crush the glass ampoules, as this may result in injury.

## Interpretation of Test Results

For any test, there are three important factors you should look for:

1. The color or lack of color
2. The color change
3. The location of colors in the test pouch

NOTE - Each of our NIK Test Instructions are also available in French, German & Spanish. Please contact one of our Customer Care representatives at (800) 347-1200 to receive a PDF version.



**NARCOTICS IDENTIFICATION**

# INSTRUCTIONS ON USE

**For One Ampoule Tests (A, B I, K, O, W)** - Remove the clip and insert sample suspect material. Reseal with clip and tap gently on a hard surface to drive the sample to the bottom of the pouch. With the printed side of the pouch facing you, break the ampoule by squeezing the center of the ampoule with the tips of the thumb and forefinger. Agitate gently and observe the color or color changes. NOTE: In Test O, if sampling a liquid substance, place 2 small drops of liquid in the pouch using the included disposable pipette (dropper).

**For Two Ampoule Tests (C, H, L, N, Q, R, T)** - Remove the clip and insert sample suspect material. Reseal with clip and tap gently on a hard surface to drive the sample to the bottom of the pouch. With the printed side of the pouch facing you, break the ampoules from left to right. Break by squeezing the center of the ampoule with the tips of the thumb and forefinger. Break the left ampoule and agitate. Observe any color change, although some of these tests will not produce a color at this point. Break the right ampoule and agitate, observing the color or color changes.

**For Three Ampoule Tests (D, E, G, J, M, P, U)** - Remove the clip and insert sample suspect material. Reseal with clip and tap gently on a hard surface to drive the sample to the bottom of the pouch. With the printed side of the pouch facing you, break the ampoules from left to right. Break by squeezing the center of the ampoule with the tips of the thumb and forefinger. Break the left ampoule and agitate. Observe any color change, although some of these tests will not produce a color at this point. Break the middle ampoule and agitate. Observe any color change, although some of these tests will not produce a color at this point. Break the right ampoule and agitate, observing the color or color changes.

| TEST | DESCRIPTION | POSITIVE RESULTS |
|---|---|---|
| Test A | Marquis Reagent - This reagent system presumptively identifies Opium alkaloids, Heroin and Amphetamine type compounds and as a general screening agent for other drugs. | A rapidly developing purple or blue-violet color indicates Opium alkaloids (Morphine or Codeine) or Heroin. An immediate orange color rapidly turning to a brown color indicates Amphetamine-Type compounds. Refer to the Polytesting Chart for other color results. |
| Test B | Nitric Acid Reagent - Secondary screening test for the confirmation of Opiates (Morphine, Codeine or Heroin) and Amphetamine-type compound as well as a general screening test for other drugs. | A yellow color slowly changing to a light green color indicates Heroin. An orange color changing very rapidly to red then slowly to a yellow color indicates Morphine. An orange color changing slowly to yellow indicates Codeine. |
| Test C | Modified Dille-Koppanyi Reagent - A test for Barbiturates. Used after no change result in Test A and Test G, and an orange result in Test I. | No color change after breaking the first ampoule and a lavender color after breaking the second ampoule. |
| Test D | Modified Ehrlich's Reagent - A test for LSD (Lysergic Acid Diethylamide). Used after positive results in Test A and B. | No color change after breaking the first ampoule and a lavender result after breaking the second and third ampoules. |
| Test E | Duquenois-Levine Reagent - Standalone test for Marijuana, Hashish and "Hash Oil". | No color change after breaking the first ampoule, a dark blue or violet after breaking the second ampoule and a grey upper layer over a violet layer upon breaking the third ampoule. |
| Test F | Used upon completion of each test to ensure that the strong acids and bases contained in many tests won't pose a danger to personnel. Each pouch includes enough acid neutralizer for five individual NIK tests. | N/A |
| Test G | Modified Scott Reagent - A test for Cocaine, Crack or Free Base. | Blue or pink with blue speckles after breaking the first ampoule, a pink result after breaking the second ampoule and a pink layer over a blue layer after breaking the third ampoule. |
| Test H | A test for Methadone. | No color change after breaking the first ampoule and a resulting blue color after breaking the second ampoule. Test H should only be used after positive results from Test A, G, I and C. |
| Test I | Lieberman's Reagent - For the general screening of PMA, Ketamine, Barbiturates and Methadone. | Used after brown result in Test A or clear result in Test A followed by no change in Test G. |
| Test J | A test for PCP (Phencyclidine). Test J should be used after no change results from Tests A, G, I and W. | No color change after breaking the first ampoule, followed by a blue or pink with blue speckled result after the second and third ampoules. |
| Test K | A test for Heroin, Black Tar, Codeine and Morphine. Easier to distinguish between the four Opiates than using Test B. Can also be used to screen out Methapyrilene and Propoxyphene. | An immediate green color, changing to purple indicates Heroin. An immediate blue-green color, changing to a gray color indicates Morphine. An immediate stable blue color indicates Codeine. |
| Test L | Modified Mecke's Reagent - A test for Heroin, including White, Brown and Black Tar, and MDMA (Ecstasy), as well as certain dye combinations designed to give false positives with Test A. | A purple color after breaking the first ampoule indicates Ecstasy (MDMA). A green color after breaking the second ampoule that intensifies with prolonged agitation indicates Heroin. |
| Test M | A test for Methaqualone (Quaaludes, Sopor, Somnafac, Opitimil and Parest). | A flash blue or solid blue color indicates Methaqualone, but Methadone and PCP are potential false positives in this test. To eliminate these, use Test H for Methadone and Test J for PCP. |
| Test N | A test for Pentazocine (Talwin® Nx or Talacen) as well as Oxycodone. | A slowly developing purple color after breaking the first ampule followed by an immediate yellow color after breaking the second ampule. |
| Test O | A test for GHB (Gamma-Hydroxybutyrate). Used after no change results from Tests A, G, I, W, J and R. | A rapidly developing green from amber (natural color) indicates GHB. |
| Test P | A test for Propoxyphene (Darvon®). | A pink color after breaking the first ampoule followed by a blue color after breaking the second ampoule and remaining blue after breaking the third ampule indicates Propoxyphene. |
| Test Q | A test for Ephedrine and Pseudoephedrine. | No color change after breaking the first ampoule and a purple or violet color after breaking the second ampoule. |
| Test R | A test for Valium (Diazepam), Rohypnol (Flunitrazepam) and Methcathinone. | A lavender color after breaking all ampoules. |
| Test T | Morris Reagent - A test for Ketamine. | Lavender color indicates Ketamine. A blue/green color is a negative. |
| Test U | A test for Methamphetamine and MDMA (Ecstacy). | An immediate dark blue color indicates Methamphetamine or MDMA (Ecstasy). If any other color develops, proceed to Test A and continue Polytesting as instructed in the Polytesting procedures. |
| Test W | Mandelin Reagent - A test for Amphetamines and Methadone, as well as screening for PMA and Ketamine in conjunction with Test I. | A rapidly developing blue color indicates the presence of Methadone. An immediate olive green color indicates the presence of Amphetamines. |

1091117 - REV1214 ©2014 Safariland, LLC          Re-Order #190-500          A BRAND OF THE SAFARILAND GROUP

*Attachment #3*



# Federal Correctional Complex
# Lompoc, California
# Evidence Photograph(s)



| Type of Incident | Introduction of Narcotics |
|---|---|
| Date and Time of Incident | 12-5-17 / 11:30 am |
| Inmate Name / Reg. No. | ▮▮▮▮▮ / ▮▮▮▮ |
| Location of Incident | FCC Lompoc Mailroom |
| Photograph (s) By | E. Dockery, SIS Technician |
| Date and Time of Photo | 12-5-17 / 12:30 pm |
| STG Assignment | N/A |

<u>Additional Comments</u>: Incoming envelope addressed to inmate ▮▮▮▮▮ Reg. No. ▮▮▮▮ from Law Office of Leslie R. Ramos; 901 H Street Suite 207; Sacramento, CA 95814.

*Attachment #3*



# Federal Correctional Complex
# Lompoc, California
## Evidence Photograph(s)



| Type of Incident | Introduction of Narcotics |
|---|---|
| Date and Time of Incident | 12-5-17 / 11:30 am |
| Inmate Name / Reg. No. | ██████ / █████ |
| Location of Incident | FCC Lompoc Mailroom |
| Photograph (s) By | E. Dockery, SIS Technician |
| Date and Time of Photo | 12-5-17 / 12:30 pm |
| STG Assignment | N/A |

<u>Additional Comments:</u> Incoming envelope addressed to inmate ██████ Reg. No. █████ from Law Office of Leslie R. Ramos; 901 H Street Suite 207; Sacramento, CA 95814. Inside of the envelope were eleven (11) pages of what appeared to be unfilled legal work. The pages were unusually thick, gritty, and had a discoloration to them.

*Attachment #3*



# Federal Correctional Complex
# Lompoc, California
# Evidence Photograph(s)



| Type of Incident | Introduction of Narcotics |
|---|---|
| Date and Time of Incident | 12-5-17 / 11:30 am |
| Inmate Name / Reg. No. | ████████ / ████ |
| Location of Incident | FCC Lompoc Mailroom |
| Photograph (s) By | E. Dockery, SIS Technician   *FD* |
| Date and Time of Photo | 12-5-17 / 12:30 pm |
| STG Assignment | N/A |

**Additional Comments:** Incoming envelope addressed to inmate ████████ Reg. No. ████ from Law Office of Leslie R. Ramos; 901 H Street Suite 207; Sacramento, CA 95814. Inside of the envelope were eleven (11) pages of what appeared to be unfilled legal work. The pages were unusually thick, gritty, and had a discoloration to them. Utilizing a light table, stains were seen on the papers.



*Attachment #3*

# Federal Correctional Complex
## Lompoc, California
## Evidence Photograph(s)



| Type of Incident | Introduction of Narcotics |
|---|---|
| Date and Time of Incident | 12-5-17 / 11:30 am |
| Inmate Name / Reg. No. | ▮▮▮▮▮ / ▮▮▮▮ |
| Location of Incident | FCC Lompoc Mailroom |
| Photograph (s) By | E. Dockery, SIS Technician |
| Date and Time of Photo | 12-5-17 / 12:30 pm |
| STG Assignment | N/A |

**Additional Comments:** Incoming envelope addressed to inmate ▮▮▮▮ ▮▮▮▮ Reg. No. ▮▮▮▮ from Law Office of Leslie R. Ramos; 901 H Street Suite 207; Sacramento, CA 95814. Inside of the envelope were eleven (11) pages of what appeared to be unfilled legal work. The pages were unusually thick, gritty, and had a discoloration to them. Utilizing a light table, stains were seen on the papers. A page was tested utilizing the NIK Test Kits A & U, with a positive test for Amphetamines.



# FEDERAL CORRECTIONAL COMPLEX-FCI (LOW)
## LOMPOC, CALIFORNIA
## Evidence PHOTOGRAPH(s)



| Type of Incident | Introduction of Narcotics |
|---|---|
| Date and Time of Incident | 12-5-17 / 11:30 am |
| Inmate Name / Reg. No. | ████ ████ / ████ <br> Steffey, Billy / 68463-097 |
| Location of Incident | FCC Lompoc Mailroom |
| Photograph(s) by | E. Dockery, SIS Technician |
| Date and Time of Photo | 12-5-17/12:30 pm |
| STG Assignment | N/A |

Additional comments: Incoming envelope addressed to inmate ████ ████ Reg. No. ████ from Law Office of Leslie R. Ramos; 901 H Street Suite 207; Sacramento, CA 95814. Inside of the envelope were eleven (11) pages of what appeared to be unfilled legal work. The pages were unusually thick, gritty, and had a discoloration to them. Utilizing a light table, stains were seen on the papers. A page was tested utilizing the NIK Test Kits A & U, with a positive test for Amphetamines. Found by CSO B. McDaniel. SIS Intelligence review of coded emails, revealed inmate Steffey, Billy, Reg. No. 68463-097, set up the package to be sent to ████ and Steffey had been anticipating the arrival of the package of Synthetic Marijuana also known as Spice.

Date:    01/16/2018                                                                                    Facility: LOX
Time:    01:27 PM                        Federal Bureau of Prisons
                                                TRULINCS
                                                 Message
                                        Sensitive But Unclassified

## Message

FROM: 68463097 STEFFEY, BILLY
TO: "Lisa Rassmussen E S Q" <inmateresources@protonmail.com>
SUBJECT: RE: RE: Hey
DATE: 11/23/2017 11:51 AM

Tomorrow she is sending your payment.  Please for now, do the EXACT same as last time, everything, every detail.  Use $400
of that payment please to send to forensics lady.  Then next time, I'll send that too.  Just this time, draft my motion exactly the
same and serve on the same guy.

Happy Thanksgiving
-----Rassmussen E S Q, Lisa on 11/21/2017 8:36 AM wrote:

>

I did it's 400 send the payment if u want her to work on the case

BILLY STEFFEY on 11/20/2017 5:22:29 PM wrote
So are you going to connect with the forensics lady on that 5F report?

Date:    01/16/2018                                                                      Facility: LOX
Time:    01:27 PM                     Federal Bureau of Prisons
                                            TRULINCS
                                            **Message**
                                  Sensitive But Unclassified

**Message**

FROM: 68463097 STEFFEY, BILLY
TO: "Lisa Rassmussen E S Q" <inmateresources@protonmail.com>
SUBJECT: Hello
DATE: 11/25/2017 05:42 PM


Lisa,

Happy Thanksgiving again.

I just wanted you to know that your payment was mailed out and should arrive Monday or Tue.

Please resend that eviction again to the exact same tenant as you did last time.  Go heavy!

Maybe you can also use $400 from that to send to the forensics lady and then next time in a week or 2, I can send another
payment and include that as well

Date:      01/16/2018                                                                                    Facility: LOX
Time:       01:27 PM                              Federal Bureau of Prisons
                                                         TRULINCS
                                                         **Message**
                                              Sensitive But Unclassified

## Message

FROM: 68463097 STEFFEY, BILLY
TO: "Lisa Rassmussen E S Q" <inmateresources@protonmail.com>
SUBJECT: Hey
DATE: 12/05/2017 08:42 AM


Lisa,

Look, I don't want to play games, fight. This is crazy. I didn't do anything! I sent the money for the payment. She sent it a
couple days late, but she told me she was sending it when I told you. I can't control her life and you make it difficult because I
can't transfer it (instant).

Please take care of what I paid you to do and serve the guy. If not, I need that money. It's fucking Christmas! I have $21 on
my books here, and no money to buy Jacob anything and no way to make money. I am sorry about whatever the issue was.
I'm not going to beg. Please just communicate with me. This is stupid.

Date:     01/16/2018                                                                                     Facility: LOX
Time:     01:27 PM                          Federal Bureau of Prisons
                                                    TRULINCS
                                                    **Message**
                                        Sensitive But Unclassified

---

**Message**

---

FROM: inmateresources@protonmail.com
TO: 68463097 STEFFEY, BILLY
SUBJECT: RE: Hey
DATE: 12/05/2017 01:06 PM

I reached out. 70171450000084946239

BILLY STEFFEY on 12/5/2017 12:07:05 PM wrote
Lisa,

Look, I don't want to play games, fight.  This is crazy.  I didn't do anything!  I sent the money for the payment.  She sent it a couple days late, but she told me she was sending it when I told you.  I can't control her life and you make it difficult because I can't transfer it (instant).

Please take care of what I paid you to do and serve the guy.  If not, I need that money.  It's fucking Christmas!  I have $21 on my books here, and no money to buy Jacob anything and no way to make money.  I am sorry about whatever the issue was. I'm not going to beg.  Please just communicate with me.  This is stupid.

Date:    01/16/2018                                                                          Facility: LOX
Time:    01:27 PM                        Federal Bureau of Prisons
                                                TRULINCS
                                                 Message
                                    . Sensitive But Unclassified

## Message

FROM: 68463097 STEFFEY, BILLY
TO: "Lisa Rassmussen E S Q" <inmateresources@protonmail.com>
SUBJECT: RE: RE: Hey
DATE: 12/05/2017 01:16 PM

Thank you Lisa.

Are you wanting to get a hold of the other guys?  I can get you the payment.
-----Rassmussen E S Q, Lisa on 12/5/2017 1:06 PM wrote:


>


I reached out. 70171450000084946239


BILLY STEFFEY on 12/5/2017 12:07:05 PM wrote
Lisa,

Look, I don't want to play games, fight.  This is crazy.  I didn't do anything!  I sent the money for the payment.  She sent it a
couple days late, but she told me she was sending it when I told you.  I can't control her life and you make it difficult because I
can't transfer it (instant).

Please take care of what I paid you to do and serve the guy.  If not, I need that money.  It's fucking Christmas!  I have $21 on
my books here, and no money to buy Jacob anything and no way to make money.  I am sorry about whatever the issue was.
I'm not going to beg.  Please just communicate with me.  This is stupid.

Date:    01/16/2018                                                                                              Facility: LOX
Time:     01:27 PM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

| Message |
| --- |

FROM: inmateresources@protonmail.com
TO: 68463097 STEFFEY, BILLY
SUBJECT: RE: Hey
DATE: 12/05/2017 05:06 PM

<mark>Did the documents get served have u heard from the tenant</mark>

BILLY STEFFEY on 12/5/2017 5:06:46 PM wrote
She said she already got all 3 of the gifts for the kids yesterday too.  Thank you.

I am going to send you a copy of this ruling from my District Court Judge on my Vegas 2255 denial.  I don't understand what he meant in that motion.  I'll let you read the wording.  He says he denied my certificate of appeal so I guess that has to go to the 9th Cir court of Appeals next.  I have to fill out the Formas Popuras to waive the filing fees

I'll keep you posted.
-----Rassmussen E S Q, Lisa on 12/5/2017 1:06 PM wrote:

>

I reached out. 70171450000084946239

BILLY STEFFEY on 12/5/2017 12:07:05 PM wrote
Lisa,

Look, I don't want to play games, fight.  This is crazy.  I didn't do anything!  I sent the money for the payment.  She sent it a couple days late, but she told me she was sending it when I told you.  I can't control her life and you make it difficult because I can't transfer it (instant).

Please take care of what I paid you to do and serve the guy.  If not, I need that money.  It's fucking Christmas!  I have $21 on my books here, and no money to buy Jacob anything and no way to make money.  I am sorry about whatever the issue was. I'm not going to beg.  Please just communicate with me.  This is stupid.

Date:     01/16/2018                                                                      Facility: LOX
Time:     01:27 PM                              Federal Bureau of Prisons
                                                      TRULINCS
                                                       Message
                                            Sensitive But Unclassified

| Message |
| --- |

FROM: 68463097 STEFFEY, BILLY
TO: "Lisa Rassmussen E S Q" <inmateresources@protonmail.com>
SUBJECT: RE: RE: Hey
DATE: 12/05/2017 05:45 PM

No.  Should they of?  The property manager said he hasn't mentioned anything.  When you look at the email, does it show he got the email already?  What day?
-----Rassmussen E S Q, Lisa on 12/5/2017 5:06 PM wrote:

>

Did the documents get served have u heard from the tenant

BILLY STEFFEY on 12/5/2017 5:06:46 PM wrote
She said she already got all 3 of the gifts for the kids yesterday too.  Thank you.

I am going to send you a copy of this ruling from my District Court Judge on my Vegas 2255 denial.  I don't understand what he meant in that motion.  I'll let you read the wording.  He says he denied my certificate of appeal so I guess that has to go to the 9th Cir court of Appeals next.  I have to fill out the Formas Popuras to waive the filing fees

I'll keep you posted.
-----Rassmussen E S Q, Lisa on 12/5/2017 1:06 PM wrote:

>

I reached out. 70171450000084946239

BILLY STEFFEY on 12/5/2017 12:07:05 PM wrote
Lisa,

Look, I don't want to play games, fight.  This is crazy.  I didn't do anything!  I sent the money for the payment.  She sent it a couple days late, but she told me she was sending it when I told you.  I can't control her life and you make it difficult because I can't transfer it (instant).

Please take care of what I paid you to do and serve the guy.  If not, I need that money.  It's fucking Christmas!  I have $21 on my books here, and no money to buy Jacob anything and no way to make money.  I am sorry about whatever the issue was. I'm not going to beg.  Please just communicate with me.  This is stupid.

STEFFY

- Staff should be held to same or higher standard as far as following rules + program statement. AW Garcia has already told mailroom + SIS to STOP OPENING LEGAL MAIL.

- If package was "suspicious" they could of still opened + inspected infront of inmate per policy, returned to sender or called law office. Excuse to open legal mail. NOTHING IN POLICY ALLOWS!

- Aguilar told Lt. Corn he didn't want to write shot, came from over his head

- Person who was receiving mail got no shot. Only reason I did was because I got tracking emailed to ME. Both of us communicated with same guy for legal help. No emails of me asking for drugs or me relaying who to mail to. Did I get his tracking by mistake?

- What is "designer drugs"?? Has it been tested? Does anyone even know what it is? Could be coffee spill for all we know!

- My paralegal has sent real lawyer twice to see me and have me sign documents while at Lompoc to evict people.

- No history of drug sales EVER, nothing found in my property or locker and no money transfers or large deposits. Only same 4 family members send me money.

- NUMEROUS ERRORS on shot ie (date, emails being sent, emails out of context to fit narriative, opening legal mail)