# EXHIBIT C

*Steffey v. Warden, FCI Lompoc, No. 3:19-cv-00093-JR*

Petitioner's Further Amended Rule 60(d)(3) Motion

**NIK Instructions on Use and IDENTIDRUG Chart (clean source copy, REV0510)**

Manufacturer Instructions on Use table covering Tests A, I, U, W, and K, and the Polytesting chart.

# INSTRUCTIONS ON USE

**For One Ampoule Tests (A, B I, K, O, W) -** Remove the clip and insert sample suspect material. Reseal with clip and tap gently on a hard surface to drive the sample to the bottom of the pouch. With the printed side of the pouch facing you, break the ampoule by squeezing the center of the ampoule with the tips of the thumb and forefinger. Agitate gently and observe the color or color changes. NOTE: In Test O, if sampling a liquid substance, place 2 small drops of liquid in the pouch using the included disposable pipette (dropper).

**For Two Ampoule Tests (C, H, L, N, Q, R, T) -** Remove the clip and insert sample suspect material. Reseal with clip and tap gently on a hard surface to drive the sample to the bottom of the pouch. With the printed side of the pouch facing you, break the ampoules from left to right. Break by squeezing the center of the ampoule with the tips of the thumb and forefinger. Break the left ampoule and agitate. Observe any color change, although some of these tests will not produce a color at this point. Break the right ampoule and agitate, observing the color or color changes.

**For Three Ampoule Tests (D, E, G, J, M, P, U) -** Remove the clip and insert sample suspect material. Reseal with clip and tap gently on a hard surface to drive the sample to the bottom of the pouch. With the printed side of the pouch facing you, break the ampoules from left to right. Break by squeezing the center of the ampoule with the tips of the thumb and forefinger. Break the left ampoule and agitate. Observe any color change, although some of these tests will not produce a color at this point. Break the middle ampoule and agitate. Observe any color change, although some of these tests will not produce a color at this point. Break the right ampoule and agitate, observing the color or color changes.

| TEST | DESCRIPTION | POSITIVE RESULTS |
|---|---|---|
| Test A | **Marquis Reagent -** This reagent system presumptively identifies Opium alkaloids, Heroin and Amphetamine type compounds and as a general screening agent for other drugs. | A rapidly developing purple or blue-violet color indicates Opium alkaloids (Morphine or Codeine) or Heroin. An immediate orange color rapidly turning to a brown color indicates Amphetamine-Type compounds. Refer to the Polytesting Chart for other color results. |
| Test B | **Nitric Acid Reagent -** Secondary screening test for the confirmation of Opiates (Morphine, Codeine or Heroin) and Amphetamine-type compound as well as a general screening test for other drugs. | A yellow color slowly changing to a light green color indicates Heroin. An orange color changing very rapidly to red then slowly to a yellow color indicates Morphine. An orange color changing slowly to yellow indicates Codeine. |
| Test C | **Modified Dille-Koppanyi Reagent -** A test for Barbiturates. Used after no change result in Test A and Test G, and an orange result in Test I. | No color change after breaking the first ampoule and a lavender color after breaking the second ampoule. |
| Test D | **Modified Ehrlich's Reagent -** A test for LSD (Lysergic Acid Diethylamide). Used after positive results in Test A and B. | No color change after breaking the first ampoule and a lavender result after breaking the second and third ampoules. |
| Test E | **Duquenois-Levine Reagent -** Standalone test for Marijuana, Hashish and "Hash Oil". | No color change after breaking the first ampoule, a dark blue or violet after breaking the second ampoule and a grey upper layer over a violet layer upon breaking the third ampoule. |
| Test F | Used upon completion of each test to ensure that the strong acids and bases contained in many tests won't pose a danger to personnel. Each pouch includes enough acid neutralizer for five individual NIK tests. | N/A |
| Test G | **Modified Scott Reagent -** A test for Cocaine, Crack or Free Base. | Blue or pink with blue speckles after breaking the first ampoule, a pink result after breaking the second ampoule and a pink layer over a blue layer after breaking the third ampoule. |
| Test H | A test for Methadone. | No color change after breaking the first ampoule and a resulting blue color after breaking the second ampoule. Test H should only be used after positive results from Test A, G, I and C. |
| Test I | **Lieberman's Reagent -** For the general screening of PMA, Ketamine, Barbiturates and Methadone. | Used after brown result in Test A or clear result in Test A followed by no change in Test G. |
| Test J | A test for PCP (Phencyclidine). Test J should be used after no change results from Tests A, G, I and W. | No color change after breaking the first ampoule, followed by a blue or pink with blue speckled result after the second and third ampoules. |
| Test K | A test for Heroin, Black Tar, Codeine and Morphine. Easier to distinguish between the four Opiates than using Test B. Can also be used to screen out Methapyrilene and Propoxyphene. | An immediate green color, changing to purple indicates Heroin. An immediate blue-green color, changing to a gray color indicates Morphine. An immediate stable blue color indicates Codeine. |
| Test L | **Modified Mecke's Reagent -** A test for Heroin, including White, Brown and Black Tar, and MDMA (Ecstasy), as well as certain dye combinations designed to give false positives with Test A. | A purple color after breaking the first ampoule indicates Ecstasy (MDMA). A green color after breaking the second ampoule that intensifies with prolonged agitation indicates Heroin. |
| Test M | A test for Methaqualone (Quaaludes, Sopor Somnafac, Opitimil and Parest). | A flash blue or solid blue color indicates Methaqualone, but Methadone and PCP are potential false positives in this test. To eliminate these, use Test H for Methadone and Test J for PCP. |
| Test N | A test for Pentazocine (Talwin® Nx or Talacen) as well as Oxycodone. | A slowly developing purple color after breaking the first ampule followed by an immediate yellow color after breaking the second ampule. |
| Test O | A test for GHB (Gamma-Hydroxybutyrate). Used after no change results from Tests A, G, I, W, J and R. | A rapidly developing green from amber (natural color) indicates GHB. |
| Test P | A test for Propoxyphene (Darvon®). | A pink color after breaking the first ampoule followed by a blue color after breaking the second ampoule and remaining blue after breaking the third ampule indicates Propoxyphene. |
| Test Q | A test for Ephedrine and Pseudoephedrine. | No color change after breaking the first ampoule and a purple or violet color after breaking the second ampoule. |
| Test R | A test for Valium (Diazepam), Rohypnol (Flunitrazepam) and Methcathinone. | A lavender color after breaking all ampoules. |
| Test T | **Morris Reagent -** A test for Ketamine. | Lavender color indicates Ketamine. A blue/green color is a negative. |
| Test U | A test for Methamphetamine and MDMA (Ecstacy). | An immediate dark blue color indicates Methamphetamine or MDMA (Ecstasy). If any other color develops, proceed to Test A and continue Polytesting as instructed in the Polytesting procedures. |
| Test W | **Mandelin Reagent -** A test for Amphetamines and Methadone, as well as screening for PMA and Ketamine in conjunction with Test I. | A rapidly developing blue color indicates the presence of Methadone. An immediate olive green color indicates the presence of Amphetamines. |

                                                                                      © Safariland

# IDENTIDRUG™ CHART
for use with the **NIK® Polytesting System**

**IMPORTANT:** Follow the Polytesting flow chart. Do not jump from sequence to sequence; i.e. follow the arrows from one test to another, noting the results.



Within Test A, Cocaine at times will present itself as a buff or light peach color as well as no color.

*gradual change over 1-3 minutes*

**A**

**I** **B** **B** **B** **B** **B** **L** **U** **U** **G**

**N** **W** **K** **K** **K** **K** **K** **K** **D**

1 / 2
Oxycodone

AMT | MDA | DET DMT | Psilocybin | STP

Demerol | MMDA[1]

Amphetamine[2]

MDMA

**L** | **L** | **L**

1 NC | 1 NC | 1 NC
2 NC | 2 | 2

Methedrine | Mescaline | Benactyzine

Methamphetamine

1 NC
2
3
LSD

### L OR K

**May Vary** 1 NC
While Test L is labeled as a test for Brown Heroin, this test works well for all forms of Heroin.
2 — Heroin

— Heroin
— Morphine
Codeine

or
1
2
3
Cocaine[3]

**G**

NC

**I**

NC

**W** **W** **C**

NC | NC | 1 NC | 1 NC
 | | PMA | 2
**J** **T** | | | **H**
Ketamine | Barbiturates | 1 NC | 1 NC
 | | | 2 NC | Stop

Methadone

**R** ← NC
NC
**O**
GHB

NC | or 1 NC
 | 2
 | 3
Rohypnol, Valium®

PCP
NOTE: Higher grades of PCP may result in an intense blue color which may obscure the pink color shown on the test packet. Lower grades result in blue flecks in a pink solution.

[1] *The total process of the Orange changing to Green may take as long as 15 to 20 minutes.*

[3] *Only after Test A goes from orange to brown AND Test U turns can you presumptively identify the substance of an amphetamine-type compound. Red in Test U alone does NOT indicate amphetamine-type compounds.*

[2] *Following breakage of the left ampoule, a flash blue will be observed when the middle ampoule is broken. This is a standard colorimetric reaction between the chemistry in the two ampoules. It is most noted when cocaine base is being profiled. The flash-blue is insignificant and should be ignored. The flash-blue alone does NOT indicate the presence of cocaine.*

## Legend
■←■ = Color shift change
NC = No color
--- = Color change

**IMPORTANT**
The tests to the right are not included in the Polytesting system. If positive results are not obtained when using any of these tests, proceed to Test A and begin the Polytesting process, as you may still be in possession of a controlled substance.

This latest revision in no way reflects upon or affects the accuracy of previous Polytesting charts.

**MARIJUANA, HASHISH & THC**
**E**
NOTE: The last ampoule contains a chemical which evaporates rapidly and has a tendency to expand the pouch. Should this occur, open pouch and release swelling. Reseal the pouch and proceed with testing.
1 NC
2
3
Marijuana, Hashish & THC

**METHAQUALONE**
**M**
NOTE: If a flash blue or solid blue color develops, stop testing. A blue color is an indicative of many controlled substances. Proceed to Test A and begin Polytesting. Methadone and PCP (Phencyclidine) are potential false positives in this test. For the detection or elimination of these substances, use Test H for Methadone and Test J for PCP.

**TALWIN & PENTAZOCINE**
**N**
A slowly developing purple color with the first ampoule, followed by an immediate yellow or brown color with the second ampoule presumptively identifies TALWIN, TALWIN Nx and Pentazocine HCL.
1
2

**PROPOXYPHENE (DARVON®)**
**P**
A blue color developing with the second ampoule and remaining after breaking the third presumptively identifies Propoxyphene. If a blue color does not develop after breaking the second ampoule, stop the test and proceed to Test A for Polytesting. Methadone is a false positive in this test.
1
2
3
DARVON® is a registered trademark of Eli Lily Co.

**EPHEDRINE**
**Q**
1 NC
2
A purple/violet color developing after breaking the second ampoule presumptively identified Ephedrine.

NOTE: The third ampoule is not part of the Q test, but is utilized in neutralizing the reagent materials, which are highly caustic.

## General Polytesting Procedures

Always begin Polytesting with Test A and continue from test to test until a positive or negative result is obtained. Tests E, L, M, N, P, Q, R and T are exceptions to this rule and are designed as standalone tests.

Before testing can begin, it is important to classify the material using one of the classifications below:

**Tablets or other hard materials** - Crush a part of the tablet into powder and insert into the test pouch.

**Capsules** - Open the capsule, remove part of the powder and insert into the test pouch.

**Powders** - Insert powder directly into the test pouch

**Plant material** - Begin testing with Test E. Use only a few leaf fragments.

**Suspected Brown or Black Tar Heroin** - Begin testing with Test L.

**Liquid samples** - NIK® tests are NOT designed for use with liquid samples. However, liquids may be tested by placing the tip of an NIK® SUBSTANCE LOADING DEVICE or a 1cm square (roughly 1/2″ square) piece of paper into the liquid. Remove and allow to air dry. Place the dry paper into the test pack and proceed with the test as instructed. The choice of paper is critical. Unscented, uncolored filter paper is ideal. NEVER use brown paper, hand towels or newsprint.

## Determining the amount of suspect material

The amount of suspect material needed to make a successful test varies with the amount and purity of the material. With the exception of plant material, gelatin squares, etc., you should begin by using the loading device to collect an amount of powdered suspect material that would fit inside this circle: ◯ If the resulting colors are too weak, use more material; if too intense, use less.

## Safety Precautions

Many of the tests in the NIK® Polytesting System contain strong acid(s) or bases. Always insert a portion of Pack F (Acid Neutralizer) into the test pack after testing and before disposal of the used test pack.

In the event that a test pack or chemical is ingested, seek immediate medical attention. If chemicals come into contact with the skin or eyes, wash the skin thoroughly with soap and water. Flush eyes with water and seek immediate medical attention.

Store NIK® tests in a cool, dark area. Heat will speed up the action of the chemicals in each test, and extreme cold will slow them down. Appropriate care should be exercised. Do NOT store in direct sunlight. Technical Assistance is available during business hours at: (800) 347-1200.

## Breaking the Chemical Ampoules

Care should be taken when breaking the glass ampoules in each test. Press firmly in the center of the harness to break each ampoule. Once the glass has broken, do NOT continue to crush the glass ampoules, as this may result in injury.

Not here
**BREAK HERE**
Not here

## Interpretation of Test Results

For any test, there are three important factors you should look for:

1. The color or lack of color
2. The color change
3. The location of colors in the test pouch

**PINK UPPER LAYER**
**BLUE LOWER LAYER**





NOTE - Each of our NIK Test Instructions are also available in French, German & Spanish. Please contact one of our Customer Care representatives at (800) 347-1200 to receive a PDF version.