# EXHIBIT L

*Steffey v. Warden, FCI Lompoc, No. 3:19-cv-00093-JR*

Petitioner's Further Amended Rule 60(d)(3) Motion

**NIK IdentiDrug Polytesting Chart — PART# 190-601 REV 2021 (© Safariland, LLC)**

Manufacturer's current chart (2 pages): revised Footnote 2, A-to-U-to-W EXAMPLE, amphetamine lane through Test W, and accuracy disclaimer. Authenticated by Exhibit M.

# IDENTIDRUG™ CHART
### for use with the NIK® Polytesting System

IMPORTANT: Follow the Polytesting flow chart. Do not jump from sequence to sequence; i.e. follow the arrows from one test to another, noting the results.

Within Test A, Cocaine at times will present itself as a buff or light peach color as well as no color.

*gradual change over 1-3 minutes*

**I** **B** **B** **B** **B** **B** **L** **U** **U** **G**

Note:
Cocaine salt is soluble and will provide a blue field in Amp 1

Crack Cocaine is not soluble and will provide blue specks or blue on sample in Amp 1

**N** **W** **K** **K** **K** **K** **K** **K** **K** **D**

Demerol   MMDA[1]

Methamphetamine

MDMA

Cocaine[3]

1
2
3

**AMT** **MDA** **DET DMT** **STP**

or **D** **X**

**I** **L** **L** **L**

Oxycodone

Ampoule 1 changes in 8-12 seconds
Ampoule 2 changes up to 15-20 seconds

Psilocybin

Psilocybin

Methedrine   Mescaline   Benactyzine

LSD

Fentanyl

**W**

Amphetamine

**L** OR **K**

1  NC
2  [Green] → Heroin

Heroin

[olive] → Heroin
[light blue] → Morphine

Codeine

Buprenorphine

**I**

**W** **W** **C**

**J** **T**

Ketamine

Barbiturates

**H**

Methadone

**R** ← NC   NC  or 1 NC
2
3

Rohypnol, Valium®

PCP

PMA

NOTE: Higher grades of PCP may result in an intense blue color which may obscure the pink color shown on the test packet. Lower grades result in blue flecks in a pink solution.

---

**Legend:**
[orange] → [brown] = Color shift change
NC = No color
‑ ‑ ‑ = Color change

---

### CANNABIS - MARIJUANA (THC), HEMP (CBD), HASHISH (THC)

**E**

1 NC
2 [purple]
3 [gray]

Duquenois-Levine Cannabis

NOTE: The last ampoule contains a chemical which evaporates rapidly and has a tendency to expand the pouch. Should this occur, open pouch and release swelling. Reseal the pouch and proceed with testing.

**S**

1 NC
2 [blank]

KN Reagent Cannabis (dried and green leafy material, seeds)

The positive result for Cannabis includes both Marijuana and Hemp plants. If the result for Test E or Test S is negative, no more testing is required. To distinguish Marijuana from Hemp, use Test Y.

**Y**

THC    Hemp

If the result for the THC test is purple, then the amount of sample is too great and needs to be reduced. Only use 1 or 2 leaf fragments for testing.

[1]The total process of the Orange changing to Green may take as long as 15 to 20 minutes.

[2]Only after Test A goes from orange to brown AND Test U turns can you presumptively identify the substance of an amphetamine-type compound. Red in Test U alone does NOT indicate amphetamine-type compounds. Amphetamine is indicated following Test W result

[3]Following breakage of the left ampoule, a flash blue will be observed when the middle ampoule is broken. This is a standard colorimetric reaction between the chemistry in the two ampoules. It is most noted when cocaine base is being profiled. The flash-blue is insignificant and should be ignored. The flash-blue alone does NOT indicate the presence of cocaine.

---

### IMPORTANT

The tests below are not included in the Polytesting system. If positive results are not obtained when using any of these tests, except for Tests E, S or O, proceed to Test A and begin the Polytesting process, as you may still be in possession of a controlled substance.

This latest revision in no way reflects upon or affects the accuracy of previous Polytesting charts.

---

### METHAQUALONE

**M**

NOTE: If a flash blue or solid blue color develops, stop testing. A blue color is an indicative of many controlled substances. Proceed to Test A and begin Polytesting. Methadone and PCP (Phencyclidine) are potential false positives in this test. For the detection or elimination of these substances, use Test H for Methadone and Test J for PCP.

### TALWIN & PENTAZOCINE

**V** or **N**

Frohdes Reagent

1
2

A slowly developing purple color with the first ampoule, followed by an immediate yellow or brown color with the second ampoule presumptively identifies TALWIN, TALWIN Nx and Pentazocine HCL.

### PROPOXYPHENE (DARVON®)

**P**

1
2
3

A blue color developing with the second ampoule and remaining after breaking the third presumptively identifies Propoxyphene. If a blue color does not develop after breaking the second ampoule, stop the test and proceed to Test A for Polytesting. Methadone is a false positive in this test.

DARVON® is a registered trademark of Eli Lily Co.

### EPHEDRINE

**Q**

1 NC
2

A purple/violet color developing after breaking the second ampoule presumptively identified Ephedrine.

NOTE: The third ampoule is not part of the Q test, but is utilized in neutralizing the reagent materials, which are highly caustic.

### GHB in Liquid

**O**

GHB

After placing a few drops of suspected liquid in test pouch with the eye dropper, a developing green color from amber (natural color) after breaking ampoule indicates the presence of GHB (Gamma-Hydroxybutyrate)

---

## nik®
### PUBLIC SAFETY

13386 International Parkway
Jacksonville, FL 32218
Tel: 800.347.1200 or
904.485.1836

www.nikpublicsafety.com

PART# 190-601 REV 2021   © Safariland, LLC

## Introduction to the NIK® Polytesting System

The NIK® Polytesting System of Narcotics Identification is based upon a polytesting procedure whereby a suspect material is subjected to a series of progressively discriminating screening tests. The results of individual tests may or may not yield a valid result. However, the sequential results of several tests provide a higher degree of certainty that the suspect material is in fact what the NIK Polytesting System indicates it to be.

Colorimetric testing is not foolproof. The testing chemicals are designed to indicate the presence of certain chemical elements within a suspected substance. The occurance of certain chemcial properties being detected in common products is likely. However, it must be noted that these common products are generally not passed off as illicit narcotics and should be scrutinized prior to testing to eliminate them from the testing sequence.

It is important to understand the nature of colorimetric testing and its purpose of initial screening to support probable cause.
However, no chemical reagent system for field use exists that is capable of eliminating occasional invalid test results.

It is recommended that all substances encountered in the field be submitted to a local crime laboratory for a full analysis, whether the results are shown as positive or negative. Only a complete laboratory analysis will be able to fully identify a suspected compound as an illicit narcotic. Utilizing the NIK Polytesting System is your best assurance that the presumptive results of a positive identification are what they appear to be.

Always begin Polytesting with Test A and continue from test to test until a positive or negative result is obtained. Tests E, L, M, N, O, P, Q, R, S and V are exceptions to this rule and are designed as standalone tests.

EXAMPLE: Beginning with Test A, a suspect material sequences from orange to brown within 10 to 12 seconds. Following the Polytesting Chart, Test U comes next in sequence. A blue result in Test U confirms the presence of Methamphetamine. A reddish-pink or negative result in Test U indicates an Amphetamine-type compound. An olive-green result in Test W will indicate the presence of Amphetamine. Only by following the proper sequence of tests from A to U to W is a positive result obtained.

## General Polytesting Procedures

Before testing can begin, it is important to classify the material using one of the classifications below:

Tablets or other hard materials—Crush a part of the tablet into powder and insert into the test pouch.

Capsules—Open the capsule, remove part of the powder and insert into the test pouch.

Powders—Insert powder directly into the test pouch.

Dried plant material—Begin testing with Test E. Use only a few leaf fragments.

Green plant material or seeds—Begin testing with Test S. Use only a few leaf fragments or seeds.

Suspected Brown or Black Tar Heroin—Begin testing with Test L.

Liquid samples—NIK tests are NOT designed for use with liquid samples, except for Test O. However, liquids may be tested by placing the tip of a NIK SUBSTANCE LOADING DEVICE or a 1cm square (roughly 1/2" square) piece of paper into the liquid. Remove and allow to air dry. Place the dry paper into the test pack and proceed with the test as instructed. The choice of paper is critical. Unscented, uncolored filter paper is ideal. NEVER use brown paper, hand towels or newsprint.

## Determining the Amount of Suspect Material to Use

The amount of suspect material needed to make a successful test varies with the amount and purity of the material. With the exception of plant material, gelatin squares, etc., you should begin by using the loading device to collect an amount of powdered suspect material that would fit inside this circle:     If the resulting colors are too weak, use more material; if too intense, use less.

## Safety Precautions

Many of the tests in the NIK Polytesting System contain strong acid(s) or bases. Always insert a portion of Pack F (Acid Neutralizer) into the test pack after testing and before disposal of the used test pack. Once an ampoule has been broken, no attempt should be made to further crush the glass or tablet remnants.

In the event that a test pack or chemical is ingested, seek immediate medical attention. If chemicals come into contact with the skin or eyes, wash the skin thoroughly with soap and water. Flush eyes with water and seek immediate medical attention. Call 800.424.9300 or 202.483.7616 to obtain additional safety information.

Store NIK tests in a cool, dark area. Heat will speed up the action of the chemicals in each test, and extreme cold will slow them down. Appropriate care should be exercised. Do NOT store in direct sunlight. Technical assistance is available through Customer Service during business hours at 800.347.1200.

## Breaking the Chemical Ampoules

Care should be taken when breaking the glass ampoules in each test. Each test includes a plastic "harness" that serves to hold the ampoules in place and protect the user from injury. Press firmly in the center of the harness to break each ampoule. Once the glass has broken, **DO NOT** continue to crush the glass ampoules, as a shard may puncture the pouch and result in injury.



## Interpretation of Test Results

For any test, there are three important factors you should look for:

1. The color or lack of color
2. The color change
3. The location of colors in the test pouch



To view the colors correctly, hold the test pack roughly 2 to 3cm away from a white background. Light must filter through the test pouch to review the desired color results. Viewing test results under non-white light or over a colored surface may result in an incorrect determination of the resulting color. Color results may not match the color on the pouch exactly, but should be viewed as a color family (i.e. blue is always blue, regardless of whether it is dark or light).