# EXHIBIT M

*Steffey v. Warden, FCI Lompoc, No. 3:19-cv-00093-JR*

Petitioner's Further Amended Rule 60(d)(3) Motion

**Supplemental Declaration of Billy F. Steffey Pursuant to 28 U.S.C. § 1746**

Authentication of Exhibits L and N and personal-knowledge facts concerning SHU placement, the disciplinary hearing, and the post-hearing transfer.

Billy F. Steffey
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 955-6332
Email: bsteffey@mac.com
Petitioner, Self-Represented

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

BILLY F. STEFFEY,
      Petitioner,
   v.
WARDEN, FCI LOMPOC,
      Respondent.

Case No. 3:19-cv-00093-JR

### SUPPLEMENTAL DECLARATION OF BILLY F. STEFFEY
### IN SUPPORT OF PETITIONER'S FURTHER AMENDED RULE 60(d)(3) MOTION

I, Billy F. Steffey, declare as follows:

1.  I am the Petitioner in this action. I am over eighteen years of age, I have personal knowledge of the facts stated below, and if called as a witness I could and would testify competently to them.

2.  Exhibit L. On July 1, 2026, I downloaded the current NIK IdentiDrug Polytesting Chart from Safariland's own Forensics Source retail website, using the chart PDF made available on Safariland's product page for the IdentiDrug Polytesting Desk Chart (SKU 1004933), at https://forensicssource.com/products/identidrug-polytesting-desk-chart-1004933. Exhibit L is a true and correct copy of the two-page document I downloaded. It bears the markings "PART# 190-601 REV 2021" and "© Safariland, LLC." The MD5 checksum of the downloaded file is 488538fbe2e0498ae0dd292d211d367c.

3.  Exhibit N. On June 30 and July 1, 2026, I downloaded from the same Forensics Source website the current printed instruction inserts for NIK Test A (General Screening), NIK Test U (Methamphetamine), and NIK Test W (Amphetamines and Methadone) — each bearing the revision marking REV0215 — together with the corresponding product pages as displayed on that site. Exhibit N contains true and correct copies of those documents as I obtained them.

4.  SHU placement. Following the December 5, 2017 mailroom incident underlying Incident Report 3084272, I was placed in the Special Housing Unit at FCI Lompoc in administrative detention. I remained in the Special Housing Unit continuously through the date of my disciplinary hearing on February 13, 2018.

5.  The hearing. At my disciplinary hearing I called no witnesses and presented no documentary evidence. I had written out questions in advance on a sheet of paper. The Disciplinary Hearing

Officer took and retained that sheet of paper, and the questions written on it were never asked at the hearing.

6.  After the hearing. Following the guilty finding, I remained in the Special Housing Unit until I was transferred to a higher-security institution outside of California. The 60 days of disciplinary segregation the DHO imposed were suspended; I never served any DHO-imposed segregation time. My time in the Special Housing Unit before the hearing was administrative detention pending the hearing, and my time there after the hearing was pending the disciplinary transfer.

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on   July 6, 2026, at Sacramento, California.

/s/ Billy F. Steffey
Billy F. Steffey, Petitioner, Self-Represented