# EXHIBIT N

*Steffey v. Warden, FCI Lompoc, No. 3:19-cv-00093-JR*

Petitioner's Further Amended Rule 60(d)(3) Motion

**Current Manufacturer Insert Set — NIK Tests A, U, and W (REV0215) and Forensics Source Product Pages**

Downloaded June 30–July 1, 2026. The Test U insert's operative language is identical to the record insert (REV1109, ECF 37-3 at 1): dark blue indicates; any other color, proceed to Test A and continue Polytesting. Authenticated by Exhibit M.

190-521 - REV0215



# SYSTEM OF NARCOTICS IDENTIFICATION

## INSTRUCTIONS FOR USE

## TEST A - MARQUIS REAGENT

**FOR:** Opium Alkaloids, Heroin and Amphetamine Type Compounds

**Test Function**
1. This reagent system presumptively identifies Opium alkaloids, Heroin and Amphetamine type compounds.
2. This reagent is also useful as a screening test for many other drugs (refer to Polytesting System).

**How to Use Test A**
1. Remove clip and insert into the test pack an amount of powdered suspect material that would fit inside this circle. ◯ Reseal with clip and tap gently to assure material falls to the bottom of the pouch.
2. With the printed side of the test pouch facing you, break ampule by squeezing the center of the ampule with the tips of the thumb and forefinger. Agitate gently and observe the color or color changes.

**Interpretation of Resulting Colors**
1. A rapidly developing purple or blue-violet color indicates the presence of Opium alkaloids (such as Morphine or Codeine) or Heroin.
2. An immediate orange color rapidly turning to a brown color indicates the presence of amphetamine type compounds.
3. Other colors, or no color at all, may indicate the presence of other drugs. Refer to the Polytesting System.
4. It is advisable that this test be used inconjunction with others as suggested in the Polytesting System.

---

### CAUTION
A. Since these tests contain strong acids, it is suggested that Test F - Acid Neutralizer be used after testing and before disposal.
B. Before discarding used test packs, remove clip and add one measure of acid neutralizer from Test F.
C. Add slowly to prevent bubbling over.
D. DO NOT reseal the test pouch until effervescence has completely stopped.
E. Reseal pouch with clip and discard in a tamper-free disposal unit.
F. No attempt should be made to crush the glass particles after the ampoules are broken.
G. **Antidote:** In case of contact, immediately flush eyes or skin with water for at least 15 minutes while removing contaminated clothing and shoes. If swallowed, do not give emetics. Contact a physician.

---

### WARNING
These tests are NOT designed for use with liquid samples.

---



**13386 International Parkway**
**Jacksonville, Florida 32218**
**904.485.1836 FAX: 904.741.5407**
© 2105 Safariland, LLC - 1004910

**A Brand of the Safariland Group**



PATROL ⌄    CRIME SCENE ⌄    IDENTIFICATION ⌄    LABORATORY ⌄    TRAINING ⌄





# NIK® TEST A - GENERAL SCREENING

## $21.25

---

QUANTITY

1

**MODEL** 800-6071    **SKU** 1006149

ADD TO CART        SHARE THIS

**MADE SPECIFICALLY FOR YOU.** Ships within 90 days. Special order items may take longer.

# NIK® TEST A – GENERAL SCREENING

Marquis Reagent: Primary general screening test for the presumptive identification of Opiates (Morphine, Codeine or Heroin), Demerol, Black Tar, Amphetamine-type compounds including Methamphetamine & Methylenedioxymethamphetamine (MDMA or Ecstacy), Amphetamines and as a general screening agent for other drugs.

Available in a box of 10

## ADDITIONAL INFO

- Instructions

## REVIEWS



Forensics Source™ is part of
The Safariland Group.

**COMPANY**

About

Careers

Media Center

safariland.com

**CUSTOMER SERVICE**

Contact Us

Email Preferences

FAQs

Order Status

Warranties

Returns

**PARTNERS**

Suppliers

Resellers

Tax Exemption

Payment Terms

Become a Dealer

© 2026 Safariland, LLC. All Rights Reserved.

Privacy Policy    |    Terms of Service    |    ISO Certification    |    Cookie Policy    |

1004926 - REV0215



# SYSTEM OF NARCOTICS IDENTIFICATION

## INSTRUCTIONS FOR USE

# TEST U

**FOR:** Methamphetamine or Ecstasy

**Test Function**
1. This reagent system presumptively identifies methamphetamine or MDMA (Ecstasy).

**How to Use Test U**
1. Remove clip and insert into the test pouch an amount of powdered suspect material that fits inside this circle. ◯ Reseal the pouch with clip and tap or agitate gently to assure material falls to the bottom of the pouch.
2. Break the ampoules, beginning from left to right by squeezing the center of the ampoules with the tips of the thumb and forefinger.
3. Agitate each ampoule for about 30 seconds before proceeding to the next ampoule.

**Interpretation of Resulting Colors**
1. An immediate dark blue color indicates the presumed presence of methamphetamine or MDMA (Ecstasy).
2. If any other color develops, proceed to Test A and continue Polytesting as instructed in the Polytesting procedures.

---

### CAUTION

A. Since these tests contain strong acid or base. it is suggested that Test F - Acid Neutralizer be used after testing and before disposal.
B. Before discarding used test pouches, remove the clip and add one measure of acid neutralizer from Test F.
C. Add slowly to prevent bubbling over.
D. Do not reseal the test pouch until effervescence has completely stopped.
E. Reseal the test pouch with the clip and discard in a tamper-free disposal unit.
F. No attempt should be made to crush the glass particles after the ampoules have been broken.
G. **Antidote:** In case of contact, immediately flush eyes or skin with water for at least 15 minutes while removing contaminated clothing and shoes. Call a physician. If swallowed, do not give emetics. Contact a physician.

---

### WARNING
These tests are NOT designed for use with liquid samples.

---



**13386 International Parkway**
**Jacksonville, Florida 32218**
**904.485.1836 FAX: 904.741.5407**
© 2105 Safariland, LLC

**A Brand of the Safariland Group**



**FORENSICS SOURCE**™

←

NIK TRAINING

IDENTIFICATION





# NIK® TEST U – METHAMPHETAMINE

## $28.00

QUANTITY

1

**MODEL** 800-6087   **SKU** 1006165

ADD TO CART        SHARE THIS

**MADE SPECIFICALLY FOR YOU.** Ships within 60 days. Special order items may take longer.

---

# NIK® TEST U – METHAMPHETAMINE

For the presumptive identification of Methamphetamine and MDMA (Ecstacy). Test A should always be used prior to Test U, as color results for Methamphetamine, Amphetamine and MDMA (Ecstasy) can be very similar.

Available in a box of 10.

## ADDITIONAL INFO

📄 Instructions

ℹ Prop 65

---

# REVIEWS



1004931 - REV0215

# SYSTEM OF NARCOTICS IDENTIFICATION

## INSTRUCTIONS FOR USE

# TEST W

**FOR:** Amphetamines and Methadone, PMA and Ketamine

### Test Function
1. Test W is a single ampoule test.
2. This reagent system presumptively identifies Amphetamines, Methadone, PMA and Ketamine.
3. This reagent is also useful as a screening test for many other drugs (refer to Polytesting System).

### How to Use Test W
1. Remove clip and insert into the test pouch an amount of powdered suspect material that would fit inside this circle. ⬤ Reseal with clip and tap gently to assure material falls to bottom of pouch.
2. With the printed side of the test pouch facing you, break ampoule by squeezing the center of the ampoule with the tips of thumb and forefinger. Agitate gently and observe color or color changes.

### Interpretation of Resulting Colors
1. A rapidly developing blue color indicates the presence of Methadone.
2. An immediate olive green color indicates the presence of Amphetamines.
3. This test can also be used to identify certain "Club Drugs". Refer to the Polytesting System.

---

### CAUTION
A. Since these tests contain strong acid, it is suggested that Test F - Acid Neutralizer be used after testing and before disposal.
B. Before discarding used test packs, remove clip and add one measure of acid neutralizer from Test F.
C. Add slowly to prevent bubbling over.
D. Do not reseal the test pouch until effervescence has stopped completely.
E. Reseal the test pouch with clip and discard in a tamper-free disposal unit.
F. No attempt should be made to crush glass particles after ampoules are broken.
G. Antidote: In case of contact, immediately flush eyes or skin with water for at least 15 minutes while removing contaminated clothing and shoes. Call a physician. If swallowed, do not give emetics. Contact a physician.

---

### WARNING
These tests are NOT designed for use with liquid samples.

---



**13386 International Parkway
Jacksonville, Florida 32218
904.485.1836 FAX: 904.741.5407**
© 2105 Safariland, LLC

**A Brand of the Safariland Group**



PATROL ˅    CRIME SCENE ˅    IDENTIFICATION ˅    LABORATORY ˅    TRAINING ˅





## NIK® TEST W – AMPHETAMINES AND METHADONE

### $28.00

QUANTITY

1

**MODEL** 800-6088   **SKU** 1006166

**ADD TO CART**    SHARE THIS

**MADE SPECIFICALLY FOR YOU.** Ships within 60 days. Special order items may take longer.

# NIK® TEST W – AMPHETAMINES AND METHADONE

Mandelin Reagent - For the presumptive identification of Amphetamines and Methadone, as well as screening for PMA and Ketamine in conjunction with Test I.

Available in a box of 10.

## ADDITIONAL INFO

📄 Instructions