# EXHIBIT O

*Steffey v. Warden, FCI Lompoc, No. 3:19-cv-00093-JR*

Petitioner's Further Amended Rule 60(d)(3) Motion

**BOP FOIA Response — Request No. 2020-02370 (May 6, 2020)**

Flow chart withheld in full under Exemption 7(E); vendor end-user certification training records released in part. Source: Petitioner's FOIA file.



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Central Office_
_320 First St., NW_
_Washington, DC  20534_

May 6, 2020

Billy Steffey
bsteffey@mac.com                    Request Number: 2020-02370

Dear Mr. Steffey:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested a copy of the flow chart and documentation of the proper training procedures for NIK testing.

In response to the flow chart, this portion of the request was a duplicate of Request No. 2019-06228, in which 2 responsive pages were withheld in full under exemption (b)(7)(E).

In response to the proper training procedures, staff located 2 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 2 pages are appropriate for release in part. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were under the following exemptions: (b)(6) and (b)(7)(C).  An explanation of FOIA exemptions is attached.

If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://foiastar.doj.gov.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

_S. Lilly_

S. Lilly, GIS, for
Eugene E. Baime, Supervisory Attorney

**Explanation of FOIA Exemptions Used by the Federal Bureau of Prisons**

**5 U.S.C. § 552(b)(1)** protects classified information.

**5 U.S.C. § 552(b)(2)** concerns matters related solely to internal agency personnel rules or practices.

**5 U.S.C. § 552(b)(3)** concerns matters specifically exempted from release by statute.

**5 U.S.C. § 552(b)(4)** concerns trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

**5 U.S.C. § 552(b)(5)** concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege.

**5 U.S.C. § 552(b)(6)** concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(A)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings.

**5 U.S.C. § 552(b)(7)(B)** concerns records or information compiled for law enforcement purposes the release of which would deprive a person of a right to a fair trial or an impartial adjudication.

**5 U.S.C. § 552(b)(7)(C)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(D)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources.

**5 U.S.C. § 552(b)(7)(E)** concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions.

**5 U.S.C. § 552(b)(7)(F)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

**5 U.S.C. § 552(b)(8)** concerns matters that are "contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions."

**5 U.S.C. § 552(b)(9)** concerns geological and geophysical information and data, including maps, concerning wells.



**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

*Management and Specialty Training Center*

*791 Chambers Road*
*Aurora, CO 80011*

January 21, 2010

MEMORANDUM FOR EMPLOYEE SERVICES MANAGERS

FROM:          David D. Huerta, Acting Director

SUBJECT:       Narcotics Identification Kit (NIK) Certification
               CSV-0660-BXX

This memorandum is to provide clarification on the procedures for
obtaining NIK end-user certification.  Completion of the NIK Ezexam
test for certification was discontinued April 25, 2003.  All NIK
certifications must be obtained through the vendor following the
procedures noted on the attached document.  This document has been
posted on MSTC's Sallyport web page for future reference.

Any additional question should be directed to (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)                             Thank you for your attention to this
matter.


cc:  Mitch Allen, Chief
     Training and Staff Development Section
     HRMD

**Narcotics Identification Kit (NIK) - Vendor**
**Course Code CSV-0660-BXX**
**End User Certification**

1. Contact the following vendor to purchase an NIK certification CD ($15 fee):

   Send completed tests for grading and certificate issuance to:
   Scan to: (b)(6)
   (b)(6)

2. Each participant must review the CD individually, not in a group setting.

3. After the participant reviews the CD, Employee Services staff are to contact the vendor to obtain the test for each participant.

4. Employee Services staff will forward completed tests to the vendor contact for grading and certificate issuance.

5. This CD program alleviates the need for a local NIK instructor. However, should you choose to have a trained instructor, please contact the vendor for further guidance.