# EXHIBIT P

*Steffey v. Warden, FCI Lompoc, No. 3:19-cv-00093-JR*

Petitioner's Further Amended Rule 60(d)(3) Motion

**BOP Incident Report No. 3025931 — FCI Herlong (Aug. 24, 2017)**

Incident report applying "NIK testing procedures outlined in an SIS ADVISORY dated March 27, 2017" to suspected K2-saturated greeting cards; burgundy Test U reaction recorded as indicating "the presence of Amphetamine." Source: BOP disciplinary record; previously filed in Steffey v. Peters, No. 2:25-cv-11105-VBF-SK (C.D. Cal.).

BP-A0288
JAN 17

INCIDENT REPORT

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### Part I - Incident Report

| 1. Institution:  FCI Herlong | | Incident Report Number: 3025931 | |
|---|---|---|---|
| 2. Inmate's Name:  Clark Bailey | 3. Register Number:  64110-065 | 4. Date of Incident:  August 24, 2017 | 5. Time:  3:00p.m. |
| 6. Place of Incident:  Tahoe Delta, Cell 111 | 7. Assignment:  Yard PME | | 8. Unit:  Tahoe Delta |
| 9. Incident:  Introduction or making of any drugs or alcohol  Possession of any drugs or alcohol | 10. Prohibited Act Code(s)  111  113 | | |

11. Description of Incident (Date: 08/24/2017   Time: 3:00 p.m. Staff became aware of incident):

After the completion of an SIS investigation it is determined that; On August 24, 2017, at approximately 3:00pm, staff conducted a random cell search of Tahoe Delta, cell 111, at the time assigned to inmates Clark Bailey, Reg. No. 64110-065 and Travis Donovan, Reg. No. 46939-048. While conducting the search staff located what appeared to be hand written instructions of which website to visit for the purpose of purchasing K-2 spice, a form of synthetic cannabis; furthermore, how to properly saturate greeting cards using a liquid form of K-2 spice and introduce them to Correctional Facilities through the mail room using the U.S Postal Service (USPS). The hand written instructions were located in the common area of the cell, placed on the ground next to the inmate assigned lockers concealed inside a box of laundry soap which was under some clothing items baring inmate Bailey's identifying information. While inventorying the property located inside inmate Bailey's assigned secure inmate locker, staff located three (3), one (1) half greeting cards which appeared to have been saturated in an unknown substance causing them to be malleable and on one card which had a hand written message for the ink to become bleary and for said ink to bleed through the greeting card. The three (3) half cards were tested by SIS for the presence of a foreign substance utilizing the NIK testing procedures outlined in an SIS ADVISORY dated March 27, 2017. Testing procedures produced a positive results for Methamphetamine Reagent which indicates the presence of Amphetamine by results turning burgundy in color. It is concluded that the instructions found in the common area of cell 111, were utilized to introduce narcotics to FCI Herlong, some of which were located inside inmate Bailey's inmate assigned secure locker, at which the time it was under his (Bailey's) dominion.

***This incident report was re-written pending the completion of an SIS investigation.***

| 12. Typed Name/Signature of Reporting Employee:  A. Potichkin  / | 13. Date And Time:  September 20, 2017  /  6:50a.m. |
|---|---|
| 14. Incident Report Delivered to Above Inmate By  (Type Name/Signature):  J. Rodgers / | 15 .Date Incident Report Delivered:  9-20-17 | 16. Time Incident Report Delivered:  9:20 |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

Inmate declined to make A statement at this time.

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s). _____   _____

B. __X__ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. __X__ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

Referred to the DHO based on severity of charge.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

GCT, DS, LP Comm, Phone, E-mail

21. Date and Time of Action: 9-20-17 12:00 (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

M. Dixon /

| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|