# EXHIBIT Q

*Steffey v. Warden, FCI Lompoc, No. 3:19-cv-00093-JR*
Petitioner's Further Amended Rule 60(d)(3) Motion

## Side-by-Side Comparison — NIK IdentiDrug Polytesting Chart, PART# 190-601: REV 0907 (© 2007) and REV 2021 (© Safariland, LLC)

Petitioner-prepared comparison of the chart in force at the December 5, 2017 testing (REV 0907, ECF 37-3 at 2–3; Ex. B) with the manufacturer's current chart (REV 2021, Ex. L): Footnote 2; the worked EXAMPLE ("from A to U" / "from A to U to W"); the amphetamine lane's Test W olive-green endpoint; and the accuracy disclaimer common to both revisions. Key language is highlighted; all quotations are verbatim; the underlying documents are otherwise unaltered.

Offered per Motion Part V.G — not as a rule retroactively applied, but as the manufacturer's own construction of an unchanged chemical system. Every rule Petitioner applies is a governing-era rule.

# EXHIBIT Q — KEY LANGUAGE COMPARISON (VERBATIM)

*Same product, same part number (190-601). Quotations verbatim; yellow highlighting added. See Motion Part V.G.*

| **REV 0907 (© 2007) — governing era** | **REV 2021 (© Safariland, LLC) — current** |
|---|---|
| *In force at Petitioner's Dec. 5, 2017 test. ECF 37-3 at 2–3 (Ex. B).* | *Downloaded July 1, 2026 from Safariland's retail site. Ex. L.* |

**1. Footnote 2 (chart face)**

"[2]Only after Test A goes from orange to brown AND Test U turns can you presumptively identify the substance of an amphetamine-type compound. Red in Test U alone does NOT indicate amphetamine-type compounds." — ECF 37-3 at 2.

"[2]Only after Test A goes from orange to brown AND Test U turns can you presumptively identify the substance of an amphetamine-type compound. Red in Test U alone does NOT indicate amphetamine-type compounds. Amphetamine is indicated following Test W result." — Ex. L at 1.

**2. Worked EXAMPLE (chart reverse)**

"EXAMPLE: Beginning with Test A, a suspect material sequences from orange to brown within 10 to 12 seconds. Following the Polytesting Chart, Test U comes next in sequence. A blue result in Test U confirms the presence of Methamphetamine. A reddish-pink or negative result in Test U indicates an Amphetamine-type compound. Only by following the proper sequence of tests from A to U is a positive result obtained." — ECF 37-3 at 3.

"EXAMPLE: Beginning with Test A, a suspect material sequences from orange to brown within 10 to 12 seconds. Following the Polytesting Chart, Test U comes next in sequence. A blue result in Test U confirms the presence of Methamphetamine. A reddish-pink or negative result in Test U indicates an Amphetamine-type compound. An olive-green result in Test W will indicate the presence of Amphetamine. Only by following the proper sequence of tests from A to U to W is a positive result obtained." — Ex. L at 2.

**3. Drawn amphetamine lane (chart face)**

"Amphetamine[2]" is labeled at the Test U stage, carrying Footnote 2's qualification; Test W does not appear in the drawn amphetamine lane. — ECF 37-3 at 2.

The lane continues through Test W: "Amphetamine" is labeled at Test W's olive-green endpoint. — Ex. L at 1.

**4. Accuracy disclaimer — identical in both revisions**

"This latest revision in no way reflects upon or affects the accuracy of previous Polytesting charts." — ECF 37-3 at 2.

"This latest revision in no way reflects upon or affects the accuracy of previous Polytesting charts." — Ex. L at 1.

*Petitioner does not contend the 2021 revision governed the December 2017 testing. See Motion Part V.G; Ex. M ¶¶ 2–3.*

REV 0907 (© 2007) ? governing era.  ECF 37-3 at 2 (Ex. B).

Footnote 2, disclaimer, and PART# highlighted.

REV 2021 (© Safariland, LLC) ? current.  Ex. L at 1.

Footnote 2 (incl. third sentence), disclaimer, and PART# highlighted.



Exhibit B
Page 2 of 3



Exhibit Q  Page 2 of 7

REV 0907 ? EXAMPLE ends: ?from A to U is a positive result obtained.?  ECF 37-3 at 3 (Ex. B).

REV 2021 ? EXAMPLE adds the Test W sentence; ends: ?from A to U to W is a positive result obtained.?  Ex. L at 2.

## Introduction to the NIK® Polytesting System

The NIK® System of Narcotics Identification is based upon a polytesting procedure whereby a suspect material is subjected to a series of progressively discriminating screening tests. The results of individual tests may or may not yield a valid result. However, the sequential results of several tests provide a high degree of certainty that the suspect material is in fact what the NIK® Polytesting System indicates it to be.

Ongoing experiments are conducted with hundreds of licit and illicit chemical compounds in an effort to eliminate false positive results. However, no chemical reagent system for field use exists that is capable of eliminating occasional invalid test results. A complete forensic laboratory would be required to qualitatively identify an unknown suspect substance. In the absence of such a laboratory, utilizing the NIK® Polytesting System is your best assurance that the presumptive results of a positive identification are what they appear to be.

Always begin Polytesting with Test A and continue from test to test until a positive or negative result is obtained. Tests E, L, M, N, P, Q and R are exceptions to this rule and are designed as standalone tests.

**EXAMPLE:** Beginning with Test A, a suspect material sequences from orange to brown within 10 to 12 seconds. Following the Polytesting Chart, Test U comes next in sequence. A blue result in Test U indicates the presence of Methamphetamine. A reddish-pink or negative result in Test U indicates an Amphetamine-type compound. Only by following the proper sequence of tests from A to U is a positive result obtained.

## General Polytesting Procedures

Before testing can begin, it is important to classify the material using one of the classifications below:

**Tablets or other hard materials** - Crush a part of the tablet into powder and insert into the test pouch.

**Capsules** - Open the capsule, remove part of the powder and insert into the test pouch.

**Powders** - Insert powder directly into the test pouch

Plant material - Begin testing with Test E. Use only a few leaf fragments.

**Suspected Brown or Black Tar Heroin** - Begin testing with Test L.

**Liquid samples** - NIK® tests are NOT designed for use with liquid samples. However, liquids may be tested by placing the tip of an NIK® SUBSTANCE LOADING DEVICE or a 1cm square (roughly 1/2" square) piece of paper into the liquid. Remove and allow to air dry. Place the dry paper into the test pack and proceed with the test as instructed. The choice of paper is critical. Unscented, uncolored filter paper is ideal. NEVER use brown paper, hand towels or newsprint.

## Determining the amount of suspect material to use

The amount of suspect material needed to make a successful test varies with the amount and purity of the material. With the exception of plant material, gelatin squares, etc., you should begin by using the loading device to collect an amount of powdered suspect material that would fit inside this circle: ⬭ If the resulting colors are too weak, use more material; if too intense, use less.

## Safety Precautions

Many of the tests in the NIK® Polytesting System contain strong acid(s) or bases. Always insert a portion of Pack F (Acid Neutralizer) into the test pack after testing and before disposal of the used test pack. Once an ampoule has been broken, no attempt should be made to further crush the glass or tablet remnants.

In the event that a test pack or chemical is ingested, seek immediate medical attention. If chemicals come into contact with the skin or eyes, wash the skin thoroughly with soap and water. Flush eyes with water and seek immediate medical attention. Call (800) 424-9300 or (202) 483-7616 to obtain additional safety information.

Store NIK® tests in a cool, dark area. Heat will speed up the action of the chemicals in each test, and extreme cold will slow them down. Appropriate care should be exercised. Do NOT store in direct sunlight. Technical Assistance is available during business hours at: (800) 852-0300 or (904) 485-1836

## Breaking the Chemical Ampoules

Care should be taken when breaking the glass ampoules in each test. Each test includes a plastic "harness" that serves to hold the ampoules in place and protect the user from injury. Press firmly in the center of the harness to break each ampoule. Once the glass has broken, do NOT continue to crush the glass ampoules, as a shard may puncture the pouch and result in injury.



## Interpretation of Test Results

For any test, there are three important factors you should look for:

1. The color or lack of color
2. The color change
3. The location of colors in the test pack



To view the colors correctly, hold the test pack roughly 2 to 3 cm away from a white background. Light must filter through the test pouch to review the desired color results. Viewing test results under non-white light or over a colored surface may result in an incorrect determination of the resulting color. Color results may not match the color on the pouch exactly, but should be viewed as a color family. Blue is always blue, regardless of whether it is dark or light.

Exhibit B
Page 3 of 3

---

## Introduction to the NIK® Polytesting System

The NIK® Polytesting System of Narcotics Identification is based upon a polytesting procedure whereby a suspect material is subjected to a series of progressively discriminating screening tests. The results of individual tests may or may not yield a valid result. However, the sequential results of several tests provide a higher degree of certainty that the suspect material is in fact what the NIK Polytesting System indicates it to be.

Colorimetric testing is not foolproof. The testing chemicals are designed to indicate the presence of certain chemical elements within a suspected substance. The occurance of certain chemcial properties being detected in common products is likely. However, it must be noted that these common products are generally not passed off as illicit narcotics and should be scrutinized prior to testing to eliminate them from the testing sequence.

It is important to understand the nature of colorimetric testing and its purpose of initial screening to support probable cause.

However, no chemical reagent system for field use exists that is capable of eliminating occasional invalid test results.

It is recommended that all substances encountered in the field be submitted to a local crime laboratory for a full analysis, whether the results are shown as positive or negative. Only a complete laboratory analysis will be able to fully identify a suspected compound as an illicit narcotic. Utilizing the NIK Polytesting System is your best assurance that the presumptive results of a positive identification are what they appear to be.

Always begin Polytesting with Test A and continue from test to test until a positive or negative result is obtained. Tests E, L, M, N, O, P, Q, R, S and V are exceptions to this rule and are designed as standalone tests.

EXAMPLE: Beginning with Test A, a suspect material sequences from orange to brown within 10 to 12 seconds. Following the Polytesting Chart, Test U comes next in sequence. A blue result in Test U confirms the presence of Methamphetamine. A reddish-pink or negative result in Test U indicates an Amphetamine-type compound. An olive-green result in Test W will indicate the presence of Amphetamine. Only by following the proper sequence of tests from A to W is a positive result obtained.

## General Polytesting Procedures

Before testing can begin, it is important to classify the material using one of the classifications below:

Tablets or other hard materials—Crush a part of the tablet into powder and insert into the test pouch.

Capsules—Open the capsule, remove part of the powder and insert into the test pouch.

Powders—Insert powder directly into the test pouch.

Dried plant material—Begin testing with Test E. Use only a few leaf fragments.

Green plant material or seeds—Begin testing with Test S. Use only a few leaf fragments or seeds.

Suspected Brown or Black Tar Heroin—Begin testing with Test L.

Liquid samples—NIK tests are NOT designed for use with liquid samples, except for Test O. However, liquids may be tested by placing the tip of a NIK SUBSTANCE LOADING DEVICE or a 1cm square (roughly 1/2" square) piece of paper into the liquid. Remove and allow to air dry. Place the dry paper into the test pack and proceed with the test as instructed. The choice of paper is critical. Unscented, uncolored filter paper is ideal. NEVER use brown paper, hand towels or newsprint.

## Determining the Amount of Suspect Material to Use

The amount of suspect material needed to make a successful test varies with the amount and purity of the material. With the exception of plant material, gelatin squares, etc., you should begin by using the loading device to collect an amount of powdered suspect material that would fit inside this circle: ⬭ If the resulting colors are too weak, use more material; if too intense, use less.

## Safety Precautions

Many of the tests in the NIK Polytesting System contain strong acid(s) or bases. Always insert a portion of Pack F (Acid Neutralizer) into the test pack after testing and before disposal of the used test pack. Once an ampoule has been broken, no attempt should be made to further crush the glass or tablet remnants.

In the event that a test pack or chemical is ingested, seek immediate medical attention. If chemicals come into contact with the skin or eyes, wash the skin thoroughly with soap and water. Flush eyes with water and seek immediate medical attention. Call 800.424.9300 or 202.483.7616 to obtain additional safety information.

Store NIK tests in a cool, dark area. Heat will speed up the action of the chemicals in each test, and extreme cold will slow them down. Appropriate care should be exercised. Do NOT store in direct sunlight. Technical assistance is available through Customer Service during business hours at 800.347.1200.

## Breaking the Chemical Ampoules

Care should be taken when breaking the glass ampoules in each test. Each test includes a plastic "harness" that serves to hold the ampoules in place and protect the user from injury. Press firmly in the center of the harness to break each ampoule. Once the glass has broken, **DO NOT** continue to crush the glass ampoules, as a shard may puncture the pouch and result in injury.

## Determining the Amount of Suspect Material to Use



## Interpretation of Test Results

For any test, there are three important factors you should look for:

1. The color or lack of color
2. The color change
3. The location of colors in the test pouch



To view the colors correctly, hold the test pack roughly 2 to 3cm away from a white background. Light must filter through the test pouch to review the desired color results. Viewing test results under non-white light or over a colored surface may result in an incorrect determination of the resulting color. Color results may not match the color on the pouch exactly, but should be viewed as a color family (i.e. blue is always blue, regardless of whether it is dark or light).

Exhibit Q  Page 3 of 7



Exhibit B
Page 2 of 3

## Introduction to the NIK Polytesting System

The NIK® System of Narcotics Identification is based upon a polytesting procedure whereby a suspect material is subjected to a series of progressively discriminating screening tests. The results of individual tests may or may not yield a valid result. However, the sequential results of several tests provide a high degree of certainty that the suspect material is in fact what the NIK® Polytesting System indicates it to be.

Ongoing experiments are conducted with hundreds of licit and illicit chemical compounds in an effort to eliminate false positive results. However, no chemical reagent system for field use exists that is capable of eliminating occasional invalid test results. A complete forensic laboratory would be required to qualitatively identify an unknown suspect substance. In the absence of such a laboratory, utilizing the NIK® Polytesting System is your best assurance that the presumptive results of a positive identification are what they appear to be.

Always begin Polytesting with Test A and continue from test to test until a positive or negative result is obtained. Tests E, L, M, N, P, Q and R are exceptions to this rule and are designed as standalone tests.

**EXAMPLE:** Beginning with Test A, a suspect material sequences from orange to brown within 10 to 12 seconds. Following the Polytesting Chart, Test U comes next in sequence. A blue result in Test U confirms the presence of Methamphetamine. A reddish-pink or negative result in Test U indicates an Amphetamine-type compound. Only by following the proper sequence of tests from A to U is a positive result obtained.

## General Polytesting Procedures

Before testing can begin, it is important to classify the material using one of the classifications below:

**Tablets or other hard materials** - Crush a part of the tablet into powder and insert into the test pouch.

**Capsules** - Open the capsule, remove part of the powder and insert into the test pouch.

**Powders** - Insert powder directly into the test pouch

**Plant material** - Begin testing with Test E. Use only a few leaf fragments.

**Suspected Brown or Black Tar Heroin** - Begin testing with Test L.

**Liquid samples** - NIK® tests are NOT designed for use with liquid samples. However, liquids may be tested by placing the tip of an NIK® SUBSTANCE LOADING DEVICE or a 1cm square (roughly 1/2" square) piece of paper into the liquid. Remove and allow to air dry. Place the dry paper into the test pack and proceed with the test as instructed. The choice of paper is critical. Unscented, uncolored filter paper is ideal. NEVER use brown paper, hand towels or newsprint.

## Determining the amount of suspect material to use

The amount of suspect material needed to make a successful test varies with the amount and purity of the material. With the exception of plant material, gelatin squares, etc., you should begin by using the loading device to collect an amount of powdered suspect material that would fit inside this circle: ◯ If the resulting colors are too weak, use more material; if too intense, use less.

## Safety Precautions

Many of the tests in the NIK® Polytesting System contain strong acid(s) or bases. Always insert a portion of Pack F (Acid Neutralizer) into the test pack after testing and before disposal of the used test pack. Once an ampoule has been broken, no attempt should be made to further crush the glass or tablet remnants.

In the event that a test pack or chemical is ingested, seek immediate medical attention. If chemicals come into contact with the skin or eyes, wash the skin thoroughly with soap and water. Flush eyes with water and seek immediate medical attention. Call (800) 424-9300 or (202) 483-7616 to obtain additional safety information.

Store NIK® tests in a cool, dark area. Heat will speed up the action of the chemicals in each test, and extreme cold will slow them down. Appropriate care should be exercised. Do NOT store in direct sunlight. Technical Assistance is available during business hours at: (800) 852-0300 or (904) 485-1836

## Breaking the Chemical Ampoules

Care should be taken when breaking the glass ampoules in each test. Each test includes a plastic "harness" that serves to hold the ampoules in place and protect the user from injury. Press firmly in the center of the harness to break each ampoule. Once the glass has broken, do NOT continue to crush the glass ampoules, as a shard may puncture the pouch and result in injury.



## Interpretation of Test Results

For any test, there are three important factors you should look for:

1. The color or lack of color
2. The color change
3. The location of colors in the test pouch



To view the colors correctly, hold the test pack roughly 2 to 3 cm away from a white background. Light must filter through the test pouch to review the desired color results. Viewing test results under non-white light or over a colored surface may result in an incorrect determination of the resulting color. Color results may not match the color on the pouch exactly, but should be viewed as a color family. Blue is always blue, regardless of whether it is dark or light.

Exhibit B
Page 3 of 3



## Introduction to the NIK® Polytesting System

The NIK® Polytesting System of Narcotics Identification is based upon a polytesting procedure whereby a suspect material is subjected to a series of progressively discriminating screening tests. The results of individual tests may or may not yield a valid result. However, the sequential results of several tests provide a higher degree of certainty that the suspect material is in fact what the NIK Polytesting System indicates it to be.

Colorimetric testing is not foolproof. The testing chemicals are designed to indicate the presence of certain chemical elements within a suspected substance. The occurance of certain chemcial properties being detected in common products is likely. However, it must be noted that these common products are generally not passed off as illicit narcotics and should be scrutinized prior to testing to eliminate them from the testing sequence.

It is important to understand the nature of colorimetric testing and its purpose of initial screening to support probable cause.
However, no chemical reagent system for field use exists that is capable of eliminating occasional invalid test results.

It is recommended that all substances encountered in the field be submitted to a local crime laboratory for a full analysis, whether the results are shown as positive or negative. Only a complete laboratory analysis will be able to fully identify a suspected compound as an illicit narcotic. Utilizing the NIK Polytesting System is your best assurance that the presumptive results of a positive identification are what they appear to be.

Always begin Polytesting with Test A and continue from test to test until a positive or negative result is obtained. Tests E, L, M, N, O, P, Q, R, S and V are exceptions to this rule and are designed as standalone tests.

EXAMPLE: Beginning with Test A, a suspect material sequences from orange to brown within 10 to 12 seconds. Following the Polytesting Chart, Test U comes next in sequence. A blue result in Test U confirms the presence of Methamphetamine. A reddish-pink or negative result in Test U indicates an Amphetamine-type compound. An olive-green result in Test W will indicate the presence of Amphetamine. Only by following the proper sequence of tests from A to U to W is a positive result obtained.

## General Polytesting Procedures

Before testing can begin, it is important to classify the material using one of the classifications below:

Tablets or other hard materials—Crush a part of the tablet into powder and insert into the test pouch.

Capsules—Open the capsule, remove part of the powder and insert into the test pouch.

Powders—Insert powder directly into the test pouch.

Dried plant material—Begin testing with Test E. Use only a few leaf fragments.

Green plant material or seeds—Begin testing with Test S. Use only a few leaf fragments or seeds.

Suspected Brown or Black Tar Heroin—Begin testing with Test L.

Liquid samples—NIK tests are NOT designed for use with liquid samples, except for Test O. However, liquids may be tested by placing the tip of a NIK SUBSTANCE LOADING DEVICE or a 1cm square (roughly 1/2" square) piece of paper into the liquid. Remove and allow to air dry. Place the dry paper into the test pack and proceed with the test as instructed. The choice of paper is critical. Unscented, uncolored filter paper is ideal. NEVER use brown paper, hand towels or newsprint.

## Determining the Amount of Suspect Material to Use

The amount of suspect material needed to make a successful test varies with the amount and purity of the material. With the exception of plant material, gelatin squares, etc., you should begin by using the loading device to collect an amount of powdered suspect material that would fit inside this circle:      If the resulting colors are too weak, use more material; if too intense, use less.

## Safety Precautions

Many of the tests in the NIK Polytesting System contain strong acid(s) or bases. Always insert a portion of Pack F (Acid Neutralizer) into the test pack after testing and before disposal of the used test pack. Once an ampoule has been broken, no attempt should be made to further crush the glass or tablet remnants.

In the event that a test pack or chemical is ingested, seek immediate medical attention. If chemicals come into contact with the skin or eyes, wash the skin thoroughly with soap and water. Flush eyes with water and seek immediate medical attention. Call 800.424.9300 or 202.483.7616 to obtain additional safety information.

Store NIK tests in a cool, dark area. Heat will speed up the action of the chemicals in each test, and extreme cold will slow them down. Appropriate care should be exercised. Do NOT store in direct sunlight. Technical assistance is available through Customer Service during business hours at 800.347.1200.

## Breaking the Chemical Ampoules

Care should be taken when breaking the glass ampoules in each test. Each test includes a plastic "harness" that serves to hold the ampoules in place and protect the user from injury. Press firmly in the center of the harness to break each ampoule. Once the glass has broken, **DO NOT** continue to crush the glass ampoules, as a shard may puncture the pouch and result in injury.



## Interpretation of Test Results

For any test, there are three important factors you should look for:

1. The color or lack of color
2. The color change
3. The location of colors in the test pouch



To view the colors correctly, hold the test pack roughly 2 to 3cm away from a white background. Light must filter through the test pouch to review the desired color results. Viewing test results under non-white light or over a colored surface may result in an incorrect determination of the resulting color. Color results may not match the color on the pouch exactly, but should be viewed as a color family (i.e. blue is always blue, regardless of whether it is dark or light).