Billy F. Steffey, Self-Represented Petitioner
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 955-6332
Email: bsteffey@mac.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **BILLY F. STEFFEY,** | **Case No. 3:19-cv-00093-JR** |
| Petitioner, | **SECOND SUPPLEMENTAL DECLARATION OF BILLY F. STEFFEY IN SUPPORT OF PETITIONER'S REPLY** |
| v. | |
| **WARDEN, FCI LOMPOC,** Respondent. | The Honorable Michael H. Simon |

### SECOND SUPPLEMENTAL DECLARATION OF BILLY F. STEFFEY IN SUPPORT OF PETITIONER'S REPLY

I, Billy F. Steffey, declare as follows:

1. I am the Petitioner in this action. I make this declaration from personal knowledge. If called as a witness, I could and would testify competently to the facts stated here.

2. On May 10, 2026, I submitted to the Federal Bureau of Prisons a Freedom of Information Act request seeking "specifically [the] March 27th SIS Advisory document," which had been identified by date in a BOP incident report. I also informed BOP that I intended to seek court process for the record. A true and correct copy of my request is attached as Reply Exhibit R at R-2.

3. I received BOP's letter dated May 26, 2026, stating that my request did not adequately describe a BOP record with enough detail to permit a search. A true and correct copy of that letter is attached as Reply Exhibit R at R-3 through R-5.

4. After I followed up, I received BOP's May 27, 2026 acknowledgment reopening the request as Request No. 2026-05140, assigning it to the complex track, and estimating that processing could take up to nine months. A true and correct copy is attached as Reply Exhibit R at R-6 through R-7.

5. I then received BOP's determination dated May 28, 2026. The letter states that staff located four pages of responsive records, forwarded the pages for a release determination, reviewed them, and withheld all four pages in their entirety under 5 U.S.C. § 552(b)(7)(E) and (F). A true and correct copy is attached as Reply Exhibit R at R-8 through R-9.

6. Reply Exhibit R consists of the request and BOP correspondence described in paragraphs 2 through 5, preceded by an exhibit cover. The underlying request and correspondence are true and correct copies of the documents I sent or received.

---

7. As of the date I sign this declaration, BOP has not produced any of the four responsive pages to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____July 27th_____, 2026, at Sacramento, California.

Billy F. Steffey

Petitioner, Self-Represented