**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

BILLY F. STEFFEY, Petitioner

v.

WARDEN, FCI LOMPOC, Respondent

Case No. 3:19-cv-00093-JR

# REPLY EXHIBIT R

## FOIA Request No. 2026-05140 Correspondence

**Contents**

R-2          May 10, 2026 — Targeted request

R-3–R-5      May 26, 2026 — Initial BOP response

R-6–R-7      May 27, 2026 — Reopening acknowledgment

R-8–R-9      May 28, 2026 — Four pages located and withheld

*Limited purpose: existence, agency control, review, withholding, and the scope of Petitioner's staged development request—not proof of the four pages' contents, fraud, or bad motive.*

 Outlook

---

**[EXTERNAL] Another specific Document request or you can add it to my earlier one**

---

**From** B Steffey <bsteffey7@proton.me>

**Date** Sun 5/10/2026 2:16 AM

**To** BOP-OGC-EFOIA-S (BOP) <BOP-OGC-EFOIA-S@bop.gov>

I am requesting specifically March 27th SIS Advisory document.

This is also notice to preserve this as I am going o be requesting a court order and discovery and requesting this document.

Please acknowledge.



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office*
*320 First St., NW*
*Washington, DC  20534*

May 26, 2026

Billy Steffey
229 Dragonfly Circle
Sacramento, CA  95834                    Request Number: 2026-05140

Dear Bill Steffey:

This is in response to your request for information under provisions of the Freedom of Information/Privacy Acts. We determined your request cannot be processed for the reason identified below.

A proper Freedom of Information Act (FOIA) request for records must reasonably describe the records sought. *See* 5 U.S.C. § 552(a)(3)(A). Your request does not adequately describe a BOP record with enough details to allow us to conduct a search. Please resubmit with more details.

Additionally, regarding your request for preservation, the Freedom of Information Act (FOIA) is not an appropriate mechanism for seeking preservation of Bureau of Prisons records.

You may discuss your request with the undersigned, this office, the BOP's FOIA Public Liaison, Ms. Kara Christenson, at: 202-616-7750 (phone); 320 First Street NW, Suite 936, Washington, DC 20534; or BOP-OGC-EFOIA-S@bop.gov, or a representative of the Department of Justice's Office of Information Policy (http://www.justice.gov/oip/efoia-portal.html).

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; ogis@nara.gov; 202-741-5770 (phone); 1-877-684-6448 (toll free); or 202-741-5769 (fax).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, DC 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

J. Brown, for
Kara Christenson
Supervisory Government Information Specialist

 Outlook

---

**[EXTERNAL] Another specific Document request or you can add it to my earlier one**

---

**From** B Steffey <bsteffey7@proton.me>

**Date** Sun 5/10/2026 2:16 AM

**To** BOP-OGC-EFOIA-S (BOP) <BOP-OGC-EFOIA-S@bop.gov>

I am requesting specifically March 27th SIS Advisory document.

This is also notice to preserve this as I am going o be requesting a court order and discovery and requesting this document.

Please acknowledge.

# FOIA Request 2026-05140

From: bop-ogc-efoia-s@bop.gov
bop-ogc-efoia-s@bop.gov

To: bsteffey@mac.com
bsteffey@mac.com

On: Wednesday, May 27, 2026 at 4:45:16 AM

Dear Billy Steffey,

We have received your voicemail regarding your request regarding a March SIS advisory. This is to acknowledge we have reopened your Freedom of Information Act (FOIA) request. The Federal Bureau of Prisons (BOP) assigned your request FOIA Request Number 2026-05140.

The records you seek require a field office to search for and collect records and/or we expect any records responsive to your request will be voluminous and require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. *See* 5 U.S.C. § 552 (a)(6)(B)(i)-(iii) (2018).

For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request.  At this time, we have assigned your request to the complex track. We anticipate processing your request will take up to 9 months.  In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so it can be placed in a different processing track. You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options. Any decision regarding the application of fees will be made only after we determine whether fees will be implicated for this request.

We regret the necessity of this delay, but assure you your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by e-mail at bop-ogc-efoia-s@bop.gov by telephone at (202) 616-7750, or by writing to the above address. You may also contact our FOIA Public Liaison, Ms. Kara Christenson, at the same email or telephone number to discuss any aspect of your request. You can also check the status of your request online at http://www.bop.gov/foia/index.jsp#tabs-6.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Sincerely,

FOIA Staff

Federal Bureau of Prisons
U.S. Department of Justice



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office*
*320 First St., NW*
*Washington, DC  20534*

May 28, 2026

Billy Steffey
229 Dragonfly Circle
Sacramento, CA  95834

Request Number: 2026-05140

Dear Billy Steffey:

This is in response to the above referenced Freedom of Information Act (FOIA) request, a copy of which is attached.

In response to your request, staff located 4 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 4 pages must be withheld in their entirety.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted or withheld in full from disclosure to you under the following exemptions:

(b)(7)(E), Permits withholding of records when techniques and procedures for law enforcement investigations or process would be disclosed or provided such disclosure could reasonably be expected to risk circumvention of law.
(b)(7)(F), Permits withholding of records when endangering the safety or life of any individual could reasonably be expected..

BOP considered the foreseeable harm standard when reviewing responsive records and applying FOIA exemptions.

If you have questions about this response, please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Ms. Kara Christenson, at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or BOP-OGC-EFOIA-S@bop.gov.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at

202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

R. Carl, for
Kara Christenson,
Supervisory Government Information Specialist