Billy F. Steffey, Petitioner, Self-Represented
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 955-6332
Email: bsteffey@mac.com

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI LOMPOC,<br><br>Respondent. | Case No. 3:19-cv-00093-JR<br><br>**THIRD SUPPLEMENTAL DECLARATION OF BILLY F. STEFFEY IN SUPPORT OF PETITIONER'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT S AND SUPPLEMENTAL MEMORANDUM**<br><br>The Honorable Michael H. Simon |

I, Billy F. Steffey, declare as follows:

1. I am the Petitioner in this action. I make this declaration from personal knowledge. If called as a witness, I could and would testify competently to the facts stated here.

2. My Second Supplemental Declaration describes my May 10, 2026 Freedom of Information Act request to the Federal Bureau of Prisons for the SIS Advisory dated March 27, 2017, which the Bureau numbered Request No. 2026-05140, and the Bureau's May 28, 2026 letter stating that staff had located four responsive pages and that all four were withheld in their entirety. ECF 74-1 ¶¶ 2–5; ECF 74-2 at 8–9.

3. On November 13, 2026, I received an e-mail from bop-ogc-efoia-s@bop.gov with the subject “FOIA Number 2026-05140.” It stated that a supplemental determination letter and four pages of additional records, released in part, were attached. It had two attachments: a Word document named “Supplemental Release DL rev 2.docx” and a PDF named “2026-05140 - Supplemental Release Records.pdf.”

4. The Word document is a letter dated November 13, 2026, bearing Request Number 2026-05140-LIT. The PDF is four pages long. Each page bears the label “BOP FOIA 2026-05140” and a page number from 1 of 4 through 4 of 4. The first page is headed “SIS ADVISORY” and is dated March 27, 2017.

5. Supplemental Exhibit S is a true and correct copy of those two attachments. Page S-1 is a cover sheet. Pages S-2 and S-3 are the letter, converted to PDF from the Word document I received. Pages S-4 through S-7 are the four pages of the PDF I received, with the Bureau’s redactions exactly as I received them. The page labels S-1 through S-7 were added in the bottom margin, and a text-searchable layer was added to pages S-4 through S-7 so that the exhibit complies with LR 5-2(b). Nothing else was changed. No example incident reports or other attachments came with the four pages.

6. On September 28, 2026, after I filed my reply in this case, I filed an action under the Freedom of Information Act concerning Request No. 2026-05140: *Steffey v. Federal Bureau of Prisons*, No. 2:26-cv-03395-TLN-SCR (E.D. Cal.). That action is pending. The November 13, 2026 letter is copied to the Assistant United States Attorney who represents the defendants in that action.

7. The November 13, 2026 letter states that “[a]n additional search of BOP records was conducted” and that “staff located 4 additional pages of responsive records.” I cannot tell from

that wording whether the four pages I received are the same four pages the Bureau withheld on May 28, 2026.

8. I do not know what the redacted passages say. I do not know which Bureau employees received or read the Advisory, or whether it was provided to anyone who prepared the government's filings in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 17, 2026, at Sacramento, California.

Billy F. Steffey
Petitioner, Self-Represented