Billy F. Steffey, Petitioner, Self-Represented
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 955-6332
Email: bsteffey@mac.com

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI LOMPOC,<br><br>Respondent. | Case No. 3:19-cv-00093-JR<br><br>**SUPPLEMENTAL EXHIBIT S TO THE THIRD SUPPLEMENTAL DECLARATION OF BILLY F. STEFFEY**<br><br>The Honorable Michael H. Simon |

**SUPPLEMENTAL EXHIBIT S**

Federal Bureau of Prisons supplemental release letter dated November 13, 2026 (Request No. 2026-05140-LIT), and the four pages released with it: SIS Advisory dated March 27, 2017, "K2/Spice-Synthetic Cannabis and Designer Drugs-Cathinones," as redacted by the Bureau.

| | |
|---|---|
| S-1 | Exhibit cover |
| S-2 to S-3 | November 13, 2026 supplemental release letter |
| S-4 to S-7 | March 27, 2017 SIS Advisory, as released (BOP FOIA 2026-05140, pages 1 of 4 through 4 of 4) |

**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office*
*320 First St., NW*
*Washington, DC 20534*

November 13, 2026

Billy Steffey
455 Capitol Mall, Suite 802
Sacramento, CA 95814
bsteffey@mac.com

Request Number: 2026-05140-LIT

Dear Billy Steffey:

This is a supplemental release of records in response to the above-referenced Freedom of Information Act (FOIA) request. This is the final release of records.

An additional search of BOP records was conducted in response to your request, and staff located 4 additional pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined that 4 pages may be released in part.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the following exemptions:

(b)(6), Permits withholding of records and information about individuals when disclosure would be a clearly unwarranted invasion of personal privacy;
(b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy could reasonably be expected;
(b)(7)(E), Permits withholding of records when techniques and procedures for law enforcement investigations or process would be disclosed or provided such disclosure could reasonably be expected to risk circumvention of law; and
(b)(7)(F), Permits withholding of records when endangering the safety or life of any individual could reasonably be expected.

BOP considered the foreseeable harm standard when reviewing responsive records and applying FOIA exemptions.

If you have questions about this response, please feel free to contact Assistant United States Attorney Zachary A. Jayousi, the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Ms. Kara Christenson, at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or BOP-OGC-EFOIA-S@bop.gov.

Sincerely,

K. Carpenter

K. Carpenter,
Assistant General Counsel
FOIA/Privacy Act Branch
Office of General Counsel
Federal Bureau of Prisons

CC: Zachary A. Jayousi, Assistant United States Attorney

**** SIS ADVISORY ****

**March 27, 2017**

**"K2/Spice-Synthetic Cannabis and Designer Drugs-Cathinones"**

Federal Bureau of Prisons
Intelligence Section
320 First Street, NW - Room 543
Washington, DC 20534

COMM: (202) 514-5855
FAX: (202) 307-3001
LAN ID: (b)(6); (b)(7)(C) @bop.gov

(b)(6); (b)(7)(C), Administrator
Correctional Services Branch

(b)(6); (b)(7)(C)
Operations Intelligence Officer
Intelligence Section

(b)(6); (b)(7)(C), Chief
Intelligence Section

**TO: Regional Directors/All ROs; BOP-CPD/Assistant Director; Warden/All Insts; SIS/All ROs; Corr Svc/All ROs; SIS/All Insts; Corr Svcs/All Insts; BOP-CPD/SIS; BOP-CPD/SIU; BOP-CPD/CTU; BOP-CPD/PMB Intel**

**PURPOSE:** (b)(7)(E); (b)(7)(F)

**DISCUSSION**: This is an update to previous SIS Advisories related to NIK testing procedures, identification of K2/Spice and designer drugs, and methods of introduction into BOP facilities. (b)(7)(E); (b)(7)(F) (b)(7)(E); (b)(7)(F)

(b)(7)(E); (b)(7)(F)

K2 incense is a synthetic form of marijuana. (b)(7)(E); (b)(7)(F) (b)(7)(E); (b)(7)(F)

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE
This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

Synthetic cannabis is claimed by the manufacturers to contain a mixture of traditionally used medicinal herbs, (b)(7)(E); (b)(7)(F)

(b)(7)(E); (b)(7)(F)

When staff believes an inmate has ingested K2/SPICE, or other designer drug, a urinalysis must be conducted and the sample sent to the contract laboratory specifically requesting screening for particular metabolites.

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

(b)(7)(E); (b)(7)(F)

**NIK Test E** – (b)(7)(E); (b)(7)(F) – results are purple substance is marijuana, hash, or THC. Any other color results proceed to NIK Test A.
**NIK Test A** – (b)(7)(E); (b)(7)(F) – results are **TAN**.
**NIK Test U** – (b)(7)(E); (b)(7)(F) – results are **BURGANDY** indicating positive for Amphetamine.

Field Test Kits (b)(7)(E); (b)(7)(F) (SIS Advisory, February 9, 2015)

**NIK Test A** – (b)(7)(E); (b)(7)(F) – results are bright **YELLOW**
**NIK Test G** – (b)(7)(E); (b)(7)(F) – results are **BLUE** color, after breaking the first ampoule
**NIK Test U** – (b)(7)(E); (b)(7)(F) – results are **DARK BLUE** or **PURPLE**

(b)(7)(E); (b)(7)(F)

In all NIK testing, only NIK Test certified staff will conduct NIK testing. When using NIK Field Tests, staff should only report the test results.

**ACTION REQUESTED:** (b)(7)(E); (b)(7)(F)

(b)(7)(E); (b)(7)(F)

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE
This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

(b)(7)(E); (b)(7)(F) [redacted] The report from the laboratory should be attached to the incident report along with photographs of the evidence and no NIK Field Test is necessary. (b)(7)(E); (b)(7)(F) (b)(7)(E); (b)(7)(F) [redacted] Photographs of the evidence and completed NIK Field Tests should be attached to the incident report.

(b)(7)(E); (b)(7)(F) (b)(7)(E); (b)(7)(F) [redacted] Positive screening and confirmed tests should be followed by an incident report. (b)(7)(E); (b)(7)(F) [redacted]

(b)(7)(E); (b)(7)(F) (b)(7)(E); (b)(7)(F) [redacted] If the toxicology report shows positive for any unauthorized drug, an incident report should be written with a copy of the toxicology report attached.

**REMEMBER:** In Block 11 of the incident report, the substance should be referred to as unknown or unidentified and all NIK Field Test results should be detailed. Example incident reports are attached.

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE
This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).